ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE         6502-0
gwk@hawaiilawyer.com
JAMESNER A. DUMLAO       7109-0
jad@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Plaintiff
   MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 17 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00652 (HG/BMK) <br> (In Admiralty) <br><br> **NOTICE OF HEARING MOTION; PLAINTIFF MAERSK INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE** <br><br> DATE:  February 21, 2006 <br> TIME:  9:45 a.m. <br> JUDGE: Hon. Helen Gillmor |

## NOTICE OF HEARING MOTION

TO: CYNTHIA A. FARIAS, ESQ.
Dillingham Transportation Building
701 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
HARTMANN METALS CORPORATION

PLEASE TAKE NOTICE that Plaintiff Maersk Inc.'s Motion for Summary Judgment shall come on for hearing before the Honorable Helen Gillmor in her courtroom in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Tuesday, February 21, 2006, at 9:45 a.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, January 17, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE
JAMESNER A. DUMLAO

Attorneys for Plaintiff
MAERSK INC.