UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant. | ) CIVIL NO. CV 04-00652 (HG/BMK) <br> ) (In Admiralty) <br> ) <br> ) <br> ) **DECLARATION OF** <br> ) **GREGORY W. KUGLE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, hereby declare as follows:

1. I am a Director of Damon Key Leong Kupchak Hastert and one of the attorneys representing MAERSK INC. ("Maersk") in the above-captioned matter.

2. Exhibits "1"-"4" to Plaintiff's Concise Statement of Facts are Maersk's bills of lading, which were all marked as exhibits to the deposition of Hanni Hartmann taken on November 15, 2005. When certified copies of the Hartmann deposition and exhibits were received by Plaintiff's attorney, the left margin of the bills of lading appeared to have been cut off.

3. The copies of the bills of lading attached here as Exhibits "1"-"4" are clean copies of the same bills of lading.

4. Exhibit "1" hereto was marked as Hartmann deposition exhibit 5.

5. Exhibit "2" hereto was marked as Hartmann deposition exhibit 7.

6. Exhibit "3" hereto was marked as Hartmann deposition exhibit 4.

7. Exhibit "4" hereto was marked as Hartmann deposition exhibit 21.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

Executed this 17th day of January, 2006, at Honolulu, Hawaii.



GREGORY W. KUGLE