**ORIGINAL**

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
JAMESNER A. DUMLAO        7109-0
jad@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 5 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
  MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., <br><br>           Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br>           Defendant. | CIVIL NO. CV 04-00652 (HG/BMK) <br> (In Admiralty) <br><br> **SUBMITTAL OF ORIGINAL DECLARATION OF PAMELA LAKE IN SUPPORT OF MAERSK INC.'S MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 17, 2006; CERTIFICATE OF SERVICE** <br><br> DATE:   February 21, 2006 <br> TIME:   9:45 a.m. <br> JUDGE:  Hon. Helen Gillmor |

SUBMITTAL OF ORIGINAL DECLARATION OF
PAMELA LAKE IN SUPPORT OF MAERSK INC.'S
MOTION FOR SUMMARY JUDGMENT, FILED JANUARY 17, 2006

Pursuant to L. R. 10.2(e), attached hereto is the original Declaration of Pamela Lake with the original signature page. A facsimile copy of the declaration was attached to Maersk Inc.'s Separate Concise Statement of Material Facts, filed January 17, 2006.

DATED:  Honolulu, Hawaii, _____JAN 25 2006_____.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE
JAMESNER A. DUMLAO

Attorneys for Plaintiff
MAERSK INC.