UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MAERSK INC., | ) CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) (In Admiralty) |
| Plaintiff, | ) **05-0274-M** |
| | ) |
| vs. | ) **DECLARATION OF PAMELA** |
| | ) **LAKE** |
| HARTMANN METALS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DECLARATION OF PAMELA LAKE

I, PAMELA LAKE, declares as follows:

1.   I am the manager of the Honolulu office of Plaintiff MAERSK INC. ("Maersk") and have held that position at all relevant times herein. I am authorized to make this Declaration.

2.   I make this statement upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters contained herein.

3.   Maersk is an ocean carrier that has provided ocean transportation between Hawaii and Asia, among other places.

4.   Maersk's Bills of Lading are two-sided documents and all of them contain standard provisions on the back. Attached hereto as Exhibit "1" is a true and correct copy of Bill of Lading No. SJ1D42109 ("2109"). Attached hereto as Exhibit

"2" is a true and correct copy of Bill of Lading No. SJ1321026 ("1026"). Attached hereto as Exhibit "3" is a true and correct copy of Bill of Lading No. SJ1D42009 ("2009"). Attached hereto as Exhibit "4" is a true and correct copy of Bill of Lading No. SJ1D45274 ("5274"). Maersk's records reveal that Maersk has not been paid and is owed $73,936.41 on account of transportation provided by Maersk at the request of HMC.

5. Attached hereto as Exhibit "7" is a true and correct copy of an e-mail that I sent to Hanni Hartmann on February 4, 2004. Attached hereto as Exhibit "8" is a true and correct copy of an e-mail that I sent to Hanni Hartmann on February 3, 2004.

6. Based upon a review of Maersk's records, the containers that are the subject of BOL 5274 were loaded about the Horizon Trader in Hawaii on January 7 and 8, 2004. The basic freight rate is determined by tariff. Tariff MAEU-167, the governing tariff in effect on the date of shipping, provided for a basic freight rate of $1,450.00 per container. The tariff was available for viewing in an automated tariff

system maintained by Maersk. A true and correct copy of the applicable portion of Tariff MAEU-167 is attached hereto as Exhibit "17."

I declare under penalty of perjury under the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this _17th January_, 2006 at _9:30_, _a.m_.

_____
PAMELA LAKE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | ) CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| | ) |
| HARTMANN METALS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual by mailing said copy, postage prepaid, to her last known address as follows:

    CYNTHIA A. FARIAS, ESQ.
    Dillingham Transportation Building
    701 Bishop Street
    Honolulu, Hawaii 96813
    Attorney for Defendant
      HARTMANN METALS CORPORATION

DATED: Honolulu, Hawaii, JAN 2 5 2006 _____.

                DAMON KEY LEONG KUPCHAK HASTERT

                _____
                GREGORY W. KUGLE
                JAMESNER A. DUMLAO

                Attorneys for Plaintiff
                MAERSK INC.