

# MAERSK SEALAND

6000 Carnegie Boulevard, Charlotte NC 28209

## Current Status

| Customer Name | HARTMANN METALS CORP | | Group: | | P |
| --- | --- | --- | --- | --- | --- |
| Customer Code | 331S4020485 | | Statement of Account as of | | 7/26/2004 |

| Bill of Lading | Date | PayAt | Amount Billed | Amount Paid | Outstanding Amount | Days Old |
| --- | --- | --- | --- | --- | --- | --- |
| SJ1D42109 | 12/30/2003 | 9AY | $41,234.09 | ($18,335.00) | $22,899.09 | 209 |
| SJ1321026 | 1/13/2004 | 9AY | $40,807.32 | | $40,807.32 | 195 |
| SJ1D51556 | 5/4/2004 | 9AY | $3,410.00 | | $3,410.00 | 83 |
| SJ1D51550 | 5/11/2004 | 9AY | $3,410.00 | | $3,410.00 | 76 |
| SJ1D52576 | 5/18/2004 | 9AY | $3,410.00 | | $3,410.00 | 69 |
| SJ1426108 | 7/2/2004 | CNC | $2,661.00 | | $2,661.00 | 24 |
| SJ1435563 | 7/17/2004 | CNC | $2,825.00 | | $2,825.00 | 9 |

| | | | | | | Average Days |
| --- | --- | --- | --- | --- | --- | --- |
| | Group Total | | $97,757.41 | ($18,335.00) | $79,422.41 | 95 |

EXHIBIT "A"