**Main Identity**

From: &lt;esupport@boh.com&gt;
To: &lt;SCHROTTMAN@aol.com&gt;
Sent: Friday, April 09, 2004 7:01 AM
Subject: Bank of Hawaii account activity

## StatusAlert™ for . HARTMANN METALS CORPORATI

### Summary: Friday, Apr 09, 2004

Processing has begun for the following payment(s).

### Payments Sent*

| | Payment Sent On | Payment Amount | Funding account | Confirmation No |
|---|---|---|---|---|
| MAERSK SEALAND | Thu, 04/08/2004 | $18875.36 | Bill Payment Account-6845 | NBGBICHO |

*May differ from the payment posting date

### Details: Friday, Apr 09, 2004

**Payments Sent**

| Payee Information | Details | |
|---|---|---|
| Maersk Sealand<br>MAERSK SEALAND<br>6000 CARNEGIE BLVD<br>CHARLOTTE, NC 282094637<br>USA<br>☎ 8003218807 | Payment Amount | $18875.36 |
| | Funding account | Bill Payment Account-6845 |
| | Payment Option | Onetime payment |
| | Payment Due By | |
| | Confirmation Number | NBGBICHO |
| | Payment Scheduled to be processed on | Thu, 04/08/2004 |



Please do not respond directly to this e-mail message. If you have any questions, please contact support for personal assistance.

Sincerely,

Bank of Hawaii

EXHIBIT "B"

4/9/2004

H-39