# MAERSK SEALAND
## BILL OF LADING

Remit To: Maersk Sealand 6000 Carnegie Blvd, Charlotte, NC 28209

MAEU SJ1D42109

**Shipper/Exporter (complete name and address)**
HARTMANN METALS CORP.
519 KAUMAKANI STREET
HONOLULU, HI 96825

**Booking No.**
002021350

**Export references**

**Consignee (complete name and address)**
TO ORDER

**Forwarding agent - references**

**Point and Country of Origin**

*Shipper memoranda not part of Bill of Lading*

**Notify Party (complete name and address)**
SING FUNG TRADING CO.
FLAT A, G/F CHIN FAT FACTORY BLDG
NO.3 TSAT PO STREET SAN PO KONG KLN.
HONG KONG
TEL: 852-23293965

**Domestic routing/export instructions**

| *Precarriage by | *Place of Receipt HILO | | |
|---|---|---|---|
| Vessel HORIZON SPIRIT | Voy No. 945W | Port of Loading HONOLULU | Onward inland routing |
| Port of Discharge HONG KONG | *Place of Delivery HONG KONG | | |

**CARRIER'S RECEIPT** — **PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE**

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| TOLU3841522<br>2801406<br>TTNU9533399<br>ML US2801405<br>2801405<br>TTNU9928014<br>ML-US2801401<br>2801401<br>GESU4392603<br>ML-US2801402<br>2801402<br>MAEU8102006<br>ML-US2801410 | 7 | CY / CY<br>X 40' HIGHCUBE CNTRS.<br>STEEL SCRAP BUNDLES MIXED NO 2<br>XTN 100565378-21<br>POINT AND COUNTRY OF ORIGIN:<br>HILO, HI  USA | 177781.000 KGS | 238.000 CBM |

**NON-NEGOTIABLE COPY — FREIGHT INVOICE**

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT  7.00* | 1200.00 | USD | HC | 8400.00 | |
| INLAND HAUL. EXPORT | 500.00 | USD | SU | 3500.00 | |
| ADDITIONAL CHARGE | | USD | SM | 500.00 | |
| WHARFAGE CHARGE | 105.00 | USD | SU | 735.00 | |
| BUNKER ADJUST FACTOR | 230.00 | USD | SU | 1610.00 | |
| ORIGIN DOC FEE | | USD | SM | 25.00 | |
| CHANGE OF DEST. FEE | | USD | SM | 200.00 | |
| ADMINISTRATION FEE | 100.00 | USD | SU | 700.00 | |
| CHANGE OF DEST. FEE | | | | | |

**Declared Value Charges** (see clause 6)
Declared Value of US $
Number of Original B(s)/L

**Total Prepaid** USD 41734.09
**Total Collect**

Shipped in apparent good order and condition, unless otherwise stated herein, for transportation on board the vessel mentioned herein or any substituted vessel on board the feeder vessel or other means of transportation (rail or truck) if place of receipt is named in this Bill of Lading, the goods or packages or containers said to contain goods, hereinafter called "the Goods", specified herein for carriage from the port of loading or place of receipt if mentioned herein, on a voyage as described and agreed by this Bill of Lading and discharge at the port of discharge named herein or deliver at the place of delivery if mentioned herein, such delivery being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the port of discharge or place of delivery if named as the case may be, for delivery unto the Consignee mentioned herein or to his or their assigns where the Carrier's responsibilities shall in all cases and in all circumstances whatsoever finally cease. It is further agreed that Containers may be stowed on deck without notice pursuant to Clause 16 on the reverse side of this Bill of Lading. IN WITNESS whereof the number of original Bills of Lading stated on this side have been signed, one of which being accomplished the other(s) to be void.

EXHIBIT "C"

| Place of Issue | Date |
|---|---|
| HONG KONG | DEC 30 03 |

*Applicable only when document used as a Combined Transport Bill of Lading

SEE ATTACHED SHEET

MAERSK INC.
As Agent(s) only
Signed for the Carrier A.P. Møller – Maersk A/S trading as Maersk Sealand

DEC 30 2003

M1000

**MAERSK SEALAND**

**BILL OF LADING**

ATTACHMENT NO.: 1 OF 1

```
2801410
MSKU8358465
   US2801407
2801407
APMU8048225
ML-US2801409
2801409
```

| | | | | |
|---|---|---|---|---|
| ADMINISTRATION FEE | 780.00 | HKD | SU | 5460.00 |
| IMPORT DEMURRAGE | | HKD | SM | 195370.00 |

MAERSK INC.