B/L No. MAEU SJ132102

| Shipper/Exporter (complete name and address) | Booking No. |
|---|---|
| HARTMANN METALS CORP.<br>519 KAUMAKANI STREET<br>HONOLULU, HI 96825 | 002021350 |
| | Export references |

| Consignee (complete name and address) | Forwarding agent - references |
|---|---|
| TO ORDER | |
| | Point and Country of Origin |

**Shipper memoranda not part of Bill of Lading**

| Notify Party (complete name and address) | Domestic routing/export instructions |
|---|---|
| SING FUNG TRADING CO.<br>FLAT A, G/F CHIN FAT FACTORY BLDG<br>NO.3 TSAT PO STREET SAN PO KONG KLN.<br>HONG KONG<br>TEL: 852-23293965 | |

| *Precarriage by | *Place of Receipt | | |
|---|---|---|---|
| | HILO | | |
| Vessel | Voy No. | Port of Loading | Onward inland routing |
| HORIZON ENTERPRISE | 179W | HONOLULU | |
| Port of Discharge | *Place of Delivery | | |
| HONG KONG | HONG KONG | | |

**CARRIER'S RECEIPT** — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No.<br>Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| MSKU8391972<br>ML-US2794522<br>94522<br>TGHU7945813<br>ML-US2794525<br>2794525<br>MAEU8225989<br>2794527<br>GESU4214371<br>2794526<br>FSCU6284747<br>2794529<br>TOLU1610437 | 13 | CY / CY<br>X 40' HIGHCUBE CNTRS.<br>STEEL SCRAP BUNDLES MIXED NO 2<br>XTN 100565378-22 | KGS<br>719940.000 | CF<br>15600.000 |

**NON-NEGOTIABLE COPY**

H0007690 to HNLMNG to advise shpr.
of DMR - Chinese New Year

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 13.00* | 1200.00 | USD | HC | 15600.00 | |
| INLAND HAUL. EXPORT | 500.00 | USD | SU | 6500.00 | |
| WHARFAGE CHARGE | 105.00 | USD | SU | 1365.00 | |
| BUNKER ADJUST FACTOR | 185.00 | USD | SU | 2405.00 | |
| ORIGIN DOC FEE | | USD | SM | 25.00 | |
| CHANGE OF DEST. FEE | | USD | SM | 200.00 | $26,295. |
| CHANGE OF DEST. FEE | | USD | SM | 200.00 | |
| ADMINISTRATION FEE | 780.00 | HKD | SU | 10140.00 | $14,512.32 |
| DEST. HANDLING CHARGE | | 2750.00 | HKD | | |

Declared Value Charges see clause 6.1 for Declared Value of US $
Number of Original B(s)/L

Total Prepaid: USD 40807.32
Total Collect: USD 4600.40

Place of Issue: HONG KONG
Date: JAN 13 04

*Applicable only when document used as a Combined Transport Bill of Lading

SEE ATTACHED SHEET

EXHIBIT "D" MAERSK INC.

JAN 13 2004



```
2794521
TRSU4691887
   94512
UESU4522676
2794524
MSKU8360272
MSK021350
TRLU5025478
ML-US2794528
AMFU8594448
2801408
ICSU6977745
ML-US2794523
2794523
INKU2859240
ML-US2801404
19708
```

| | | | | |
|---|---|---|---|---|
| DESTINATION DOC FEE | HKD | SM | | 115.00 |
| IMPORT DEMURRAGE | HKD | SM | 102570.00 | |

MAERSK INC.