REDACTED

-----Original Message-----
**From:** Schrottman@aol.com [mailto:Schrottman@aol.com]
**Sent:** Friday, January 16, 2004 8:14 AM
**To:** Sullivan, Carlos
**Cc:** hnlmng@maersk.com
**Subject:** Fwd: SJ1D42109 / HARTMANN METALS / DIVERSION

**Hi Carlos**
**Hi Pam**

**Please call me; since Carlos is out today.**
**We had notified maersk of this change in destination way ahead of time of arrival**
**This is becoming a nuisance......**

REFN: HOU89396

Hanni,
  We recd your letter stating you would pay the 200.00 cod fee
for diverting your 7 cntrs to Chiwan on 1/12/04, which is the
same day we sent out for the diversion request. Your 7 containers
had already discharged Hong Kong that same day (1/12/04). Since
your cargo had already discharged, the port already had these
containers scheduled for the next vessel for Shanghai. We have asked
our Hong Kong office to hold these containers, so we can divert them
to Chiwan for you; however, there will be a 100 charge per container
for the late declaration. This charge is applicable due to the
fact that your 7 containers already discharged Hong Kong at the
time the diversion was requested. This is a charge that is charged
by the terminal due to changing the delivery and the next
connecting vessel, which containers were already stowed to load.
Please send, in writing, that you will accept this 100/cntr +
the 200 cod fee, for a total of 900.00 to divert your cargo
for this bill to Chiwan. Until we recieve in writing that you
accept these charges, we can not update the system showing Chiwan
as the delivery. Thanks for your prompt action.
Best Regards



EXHIBIT "E"    M00214