**Main Identity**

| | |
|---|---|
| From: | "dmmbkgsrv" <dmmbkgsrv@hawaii.rr.com> |
| To: | "NAMFRCCOLFRT" <namfrccolfrt@maersk.com> |
| Cc: | "Hanni Hartmann" <Schrottman@aol.com> |
| Sent: | Wednesday, June 02, 2004 1:11 PM |
| Subject: | Re: HARTMANN METALS - 331S4020485 [Our Ref:CON10352] |

Dear Sherry,

I'm sending the following information to your company again. This was originally sent to Andrea on April 5, 2004.

```
INVOICES RECEIVED:
Date       Invoice #      Invoice Amt.
10/28/03   SJID 36736     17,405.00
11/04/03   SJID 36764     36,434.82
11/24/03   SJID 36711     29,387.00
11/24/03   SJID 39933     16,889.00
11/24/03   SJID 36832     21,475.00
11/25/03   SJID 41973     29,915.00
11/28/03   SJID 41974      6,430.00
12/03/03   SJID 42009      8,565.00
12/10/03   SJID 42034      2,160.00
12/10/03   SJI 303015     17,105.00
12/16/03   SJID 42055     23,510.00
12/16/03   SJID 42057      2,260.00
01/13/04   SJI 321026     27,395.00
02/02/04   SJID 42109     17,420.00
02/13/04   SJID 45274     10,775.00
           TOTAL DUE    $267,125.82

PAYMENTS SENT:
Date       Check #        Amount Paid
10/26/03   1800          $84,581.00
12/09/03   Wired          25,000.00
12/09/03   Wired          21,489.82
12/09/03   Wired          17,319.82
12/09/03   Wired          15,284.82
12/09/03   Wired           6,430.00
12/09/03   Wired           4,915.00
12/22/03   Wired          17,105.00
12/22/03   Wired           2,160.00
12/31/03   Wired          23,510.00
12/31/03   Wired           2,260.00
02/10/04   Wired          17,420.00
02/14/04   Wired          10,775.00
04/09/04   Wired          18,875.36
           TOTAL PAID   $267,125.82
```

This clears all invoices and account is cleared.

When I talked to Andrea, we went thru each invoice that she showed as outstanding. Hartmann Metals will not be responsible to for the storage and



6/2/2004

change of destination fees for invoices that OBL was not received on time. Please see the notes on invoice #SJI 321026 and SJID 42109 that you have. Andrea had read them to me and agreed that Hartmann should not be responsible.
   I hope this helps to correct your records!!!!!

Rgds,
Dora for Hartmann Metals Corporation


----- Original Message ----- From: "NAMFRCCOLFRT" <namfrccolfrt@maersk.com>
To: <schrottman@aol.com>; <dmmbkgsrv@hawaii.rr.com>
Cc: "HNLMLA" <hnlmla@maersk.com>; "HNLMNG" <hnlmng@maersk.com>; "NAMEXPTRDXMT" <namexptrdxmt@maersk.com>; "NAMFRCCOLFRT" <namfrccolfrt@maersk.com>; "NAMFRCCOLMNG" <namfrccolmng@maersk.com>
Sent: Wednesday, June 02, 2004 10:52 AM
Subject: HARTMANN METALS - 331S4020485 [Our Ref:CON10352]


Dear Mr. Hartmann,

Per our conversation of 06/01/04 you indicated that the balance showing open on your account was due to Maersk error in rates and billing. Please provide backup information concerning these possible errors such as dispute of rates or specific charges and proof that short payments were allowed. Also provide payment information per bill such as check numbers and amounts paid. This information is necessary so that research and adjustments, if needed, may be done on the Maersk end, otherwise the bills will remain open and due by Hartmann Metals. A response is needed by 06/04/04 to avoid further collection efforts.

Regards.

Sherry Potter-Ridlon
Receivable Recovery/Collection Specialist
Phone: 704-571-2530
Fax: 704-571-5255
NAMFRCCOLFRT@MAERSK.COM

6/2/2004