```
RKDS08                          NOTEPAD                    04.05.25/16.24 9KAF

B/L NO SJ1D42109    KIND                           USER       DATE    TIM
ISSUED TO (O): CUSSING FUNG TDG CO. HK             MLHKGPAT   040209  185
ISSUED TO (I): SING FUNG TDG CO. HONG KONG         MLHKGPAT   040209  190
NOTE                                        MARK
INT60830 SHPR AGREED TO CHARGES                    MLHOUTD    040122  192
CHARGES UPDATED & BILL FAXED TO SHPR               MLHOUTD    040123  161
HOU07620 TO SHPR ADVISING BILL HAS BEEN UPDATED &  MLHOUTD    040123  161
FAXED                                              MLHOUTD    040123  161
HOU44056 COD REQUEST FOR HKHKG                     MLHOUTD    040205  170
HKG35840 APPROVED W/ ADDTL CHARGES                 MLHOUTD    040206  170
UPDATED SYSTEMS/SENT IMPED                         MLHOUTD    040206  170
HOU50328 ADVISED ALL IN CC BILL HAS BEEN UPDATED   MLHOUTD    040207  004
HOU50441 TO HAVE I/A UPDATED TO HKG TO HAVE OBLS   MLHOUTD    040207  004
PRINTED FOR NEW CNEE (STILL NEED OLD SET RETURNED @ MLHOUTD   040207  004
DESTINATION)                                       MLHOUTD    040207  004
COD TO HKG - B/L ISSUE HKG                         MLHKGCAR   040209  094
PLS REL CGO TO NTY PARTY AGAINST TR,NO BIC         MLHKGCAR   040209  094
SHPR PAID THE DEM CHARGES UPTO 09/FEB              MLHKGCAR   040213  065
NTY WILL PAY 3 DAYS DEM                            MLHKGCAR   040209  094
PF 1: RKDS01    PF 3: MAIN MENU    PF 10: NEXT PAGE
NEXT PIC.:
```

EXHIBIT "G"

M00259