IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK, INC. | CIVIL NO. CV04-00652(HG/BMK) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| HARTMANN METALS CORPORATION, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing document(s) was duly served on the following party(ies) by ( ) United States mail, postage prepaid; ( X ) Hand Delivery:

GREGORY W. KUGLE, ESQ.
JAMESNER A. DUMLAO, ESQ.
Damon Key Leong Kupchak Hastert
1001 Bishop Street, Suite 1600
Honolulu, Hawaii
   Attorney for Plaintiff
   MAERSK INC.

DATED:   Honolulu, Hawaii, 2/6/06

CYNTHIA A. FARIAS
Attorney for Defendant