UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| Plaintiff, | (In Admiralty) |
| vs. | **DECLARATION OF JAMESNER A. DUMLAO** |
| HARTMANN METALS CORPORATION, | |
| Defendant. | |

DECLARATION OF JAMESNER A. DUMLAO

I, JAMESNER A. DUMLAO, hereby declare as follows:

1. I am an attorney with Damon Key Leong Kupchak Hastert and one of the attorneys representing MAERSK INC. ("Maersk") in the above-captioned matter.

2. I make this statement upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters contained herein.

3. Attached hereto as Exhibit "18" is a true and correct copy of pages 63-64 of the Deposition of Mr. Hanni Hartmann, November 15, 2005, that was inadvertently omitted from Maersk's Separate and Concise Statement of Fact, Filed January 17, 2006.

186054.1

I declare under penalty of perjury under the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this 14th day of February, 2006, at Honolulu, Hawai`i.

_____
JAMESNER A. DUMLAO

186054.1