```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3   MAERSK, INC.,                 ) CIVIL NO. 04-00652
 4              Plaintiff,         )   (HG/BMK)
 5        vs.                      )
 6   HARTMANN METALS CORPORATION,  )
 7              Defendants.        )
 8   _____  )
 9
10             DEPOSITION OF HANNI HARTMANN,
11       aka HANS HARTMANN, aka HANS HEIN HARTMANN
12   Taken on behalf of Plaintiff at the Law Offices of
13   Damon Key Leong Kupchak Hastert, Bishop Square,
14   Pauahi Tower, Suite 1600, 1001 Bishop Street,
15   Honolulu, Hawaii  96813, commencing at 9:30 a.m., on
16   November 15th, 2005, pursuant to Notice.
17
18
19
20
21
22
23   BEFORE:   PATRICIA ANN CAMPBELL, CSR 108
24             Certified Shorthand Reporter
25             Notary Public, State of Hawaii
```

EXHIBIT 18

Page 62

1  which went to Lee or to Jade originated from the Big
2  Island. That was one particular merchandise.
3      Q.   Was there something that was being
4  dismantled or cleared out or something over there
5  that was generating all of this scrap metal?
6      A.   Your question is --
7      Q.   On the Big Island --
8      A.   Yeah.
9      Q.   -- was somebody doing something that was
10 resulting in a lot of scrap metal being generated
11 and sold?
12     A.   That is correct. I bought the material
13 from a company which has a contract with the county
14 of the Big Island, and they generate this type of
15 material which I marketed as trader broker to, in
16 this case, China.
17     Q.   And what was the name of the company on
18 the Big Island that you were dealing with?
19     A.   Big Island Scrap Metal.
20         MR. KUGLE: Okay, let's have this marked
21 as Exhibit Number 3.
22         (Deposition Exhibit 3 was marked for
23         identification.)
24         THE WITNESS: That's the same, but what
25 is the difference between Exhibit Number 1?

Page 63

1      Q.   (By Mr. Kugle) Well, that's what I was
2  going to ask you. First let me ask you, have you
3  seen Exhibit Number 3 before?
4      A.   Possible.
5      Q.   Do you recognize any of the handwriting
6  on Exhibit 3?
7      A.   Not really.
8      Q.   That's not yours?
9      A.   No, that's not mine. My handwriting is
10 much worse.
11     Q.   Now, this is a memo that's dated April
12 5, 2004. Does this look like something that you
13 would have asked Dora Matsumura to prepare?
14     A.   Yeah, okay, yeah, I just see it here.
15 It went to Andrea Jinks, Maersk, somewhere in South
16 Carolina. Because at that time we had a dispute or
17 whatever, they needed information, and I simply
18 turned it over to Dora and said supply all the
19 information which we have, what we received and what
20 we paid. So I did not coach or manage Dora. I
21 simply asked her just supply to Maersk what we have.
22         I remember this lady, Andrea Jinks.
23 Dora spent quite a lot of time with her. She is
24 somehow in bookkeeping accounts receivable, and at
25 that time already we learned with amazement, excuse

Page 64

1  my French, but how screwed up the Maersk bookkeeping
2  was, and Dora actually coached this Andrea Jinks
3  through the steps and what happened, and I remember
4  that very clearly. Dora was amazed at how confused
5  Maersk bookkeeping in Carolina was and guided her,
6  walked her through the procedures. And I relied
7  completely on Dora because in bookkeeping I am a
8  bloody amateur.
9      Q.   All right. In other words, you asked
10 Dora to prepare this list to resolve the differences
11 with Maersk to provide all the information that
12 Hartmann Metals had, and then you left the ball in
13 Dora's court?
14     A.   I asked Dora to execute, basically, the
15 requests from Maersk and help to straighten out any
16 confusion and any differences, and I paid Dora a lot
17 of money to do this for the sake of all of us
18 because I wanted to have that somehow cleared and
19 straightened out. Dora acted only on my requests
20 and orders and instructions, but not on her own.
21     Q.   Okay. Now, I see on the second page of
22 this somebody wrote in handwriting cc Hartmann
23 Metals Corporation. Do you remember receiving a
24 copy of this in that time frame?
25     A.   Since I see here that she cc'd, it

Page 65

1  probably came from Dora, and it's probably very
2  reasonable to assume that I received it, but I don't
3  recall it.
4      Q.   Okay, and you have no idea whose
5  handwriting that is on the first or second page?
6      A.   No.
7      Q.   When you received a copy of this, did
8  you do anything with it, or did you file it away?
9      A.   Mostly I filed it away.
10     Q.   Did you have any discussions with Dora
11 after she prepared either Exhibit 3 or Exhibit 1,
12 the other list that we just looked at?
13     A.   Dora came back and reported to me and
14 told me what she did, that she tried to straighten
15 it out, that she guided this Andrea Jinks. She even
16 told me at some time this was kind of amazing that
17 Andrea Jinks released to Dora that, oh, yeah, here
18 are payments or credits which she did not show, so
19 which was more evidence that the accounting system
20 over there in South Carolina is disastrous, and then
21 surprisingly after Dora received that piece of very
22 important information, this Andrea Jinks was nowhere
23 to be seen to be contacted. She was taken off the
24 case, I guess. We never could contact Andrea Jinks.
25 Somebody else took over handling this account.