# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 21, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV. 04-00652HG-BMK

CASE NAME:       MAERSK, INC. vs. HARTMAN METALS CORPORATION

ATTYS FOR PLA:   Gregory W. Kugle

ATTYS FOR DEFT:  Cynthia A. Farias

INTERPRETER:

| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
|---|---|---|---|
| DATE: | February 21, 2006 | TIME: | 9:45 - 10:40 |

COURT ACTION:  MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF MAERSK, INC. -

  Arguments held.

  Motion for Summary Judgment (Doc. # 26) is **GRANTED IN PART AND DENIED IN PART**.

  A written order will issue.


  Submitted by: David H. Hisashima, Courtroom Manager