# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00652HG-BMK |
| CASE NAME: | Maersk, Inc. v. Hartmann Metals. Corp. |
| ATTYS FOR PLA: | Gregory W. Kugle |
| ATTYS FOR DEFT: | Cynthia A. Farias |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 3/16/2006 | TIME: | 9 - 9:05 |

COURT ACTION:  EP: Status Conference Following Dispositive Motions - counsel to discuss settlement with the parties..

Settlement/Status Conference set for 4-3-06 @ 2 p.m., BMK.
Parties to be available by phone.

Submitted by Richlyn Young, Courtroom Manager