UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

>CYNTHIA A. FARIAS, ESQ.
>Dillingham Transportation Building
>701 Bishop Street
>Honolulu, Hawaii 96813
>Attorney for Defendant
>  HARTMANN METALS CORPORATION

DATED: Honolulu, Hawaii, July 11, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE
Attorney for Plaintiff
MAERSK INC.