# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-006452HG-BMK |
| CASE NAME: | Maesk, Inc. V. Hartmann Metals Corporation |
| ATTYS FOR PLA: | Gregory W. Kugle |
| ATTYS FOR DEFT: | Cynthia A. Farias |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/18/2006 | TIME: | 9:03 - 9:10 |

COURT ACTION: EP: Final Pretrial Conference - NJT continued from 8/29/2006 to 9/26/2006 @ 9 a.m. before Judge Helen Gillmor. Court to prepare an amended scheduling order.

1. Non-jury trial on September 26, 2006 at 9:00 a.m. before HG
2. 
3. Final Pretrial Conference before District Judge Helen Gillmor on September 15, 2006 at 8:30 a.m.
4. 
5. 
6. 
7. 
8a. File Motions in Limine by September 5, 2006
8b. File opposition memo to a Motion in Limine by September 12, 2006
11a. 
11b. 
12. 
13. 
14. 
20. 
21. File Final witness list by September 5, 2006
24. Exchange Exhibit and Demonstrative aids by August 29, 2006
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 5,

      2006
26.    File objections to the Exhibits by September 12, 2006
28a.   File Deposition Excerpt Designations by September 5, 2006
28b.   File Deposition Counter Designations and Objections by September 12, 2006
29.    File Trial Brief by September 12, 2006
30.    File Findings of Fact & Conclusions of Law by September 12, 2006

Other Matters: Status Conference Re Possible Stipulated Judgment set for July 24, 2006 @ 9 a.m., BMK.


cc: Mary Feria, Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager