IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAESK, INC., | ) | CV. NO. 04-00652 HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## AMENDED RULE 16 SCHEDULING ORDER

A final pretrial conference was held on July 18, 2006, before the Honorable Barry M. Kurren, United States Magistrate Judge. Appearing at the conference were Gregory W. Kugle for Plaintiff and Cynthia A. Farias for Defendant.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this amended scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

**1.** **NON-JURY** trial in this matter will commence before the Honorable Helen Gillmor, United States District Judge on September 26, 2006, at 9:00 a.m.

**2.** (RESERVED)

**3.** Counsel and parties pro se shall appear before the Honorable Helen Gillmor, United States District Judge for a pretrial conference in her courtroom on Friday, September 15, 2006 at 8:30 a.m. Counsel and parties pro se shall be prepared to discuss with Judge Gillmor the matters covered by this Order.

**4.** (RESERVED)

**MOTIONS:**

**5.** (RESERVED)

**6.** (RESERVED)

**7.** (RESERVED)

**8 a.** Motions in limine shall be filed by September 5, 2006.

   **b.** Any opposition memorandum to a motion in limine shall be filed by September 12, 2006.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.** (RESERVED)

**11.** (RESERVED)

**12.** (RESERVED)

**SETTLEMENT:**

**13.**   (RESERVED)

**14.**   (RESERVED)

15.   The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL SUBMISSIONS**:

16.   (RESERVED)

17.   (RESERVED)

18.   (RESERVED)

19.   (RESERVED)

20.   (RESERVED)

   **WITNESSES:**

**21.**   By September 5, 2006, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

22. The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

23. The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

### **EXHIBITS:**

**24.** By August 29, 2006, the parties shall premark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**25.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by September 5, 2006.

**26.** By September 12, 2006, the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

27. The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court the Thursday before trial.

### DEPOSITIONS:

**28 a.**  By September 5, 2006, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

**b.**  Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by September 12, 2006.

### TRIAL BRIEFS:

**29.**  By September 12, 2006, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

### PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

**30.**  Each party shall serve and file proposed findings of fact and conclusions of law by September 12, 2006.

### OTHER MATTERS:

A status conference regarding Possible Stipulated Judgment shall be held on July 24, 2006, at 9:00 a.m. before the Honorable Barry M. Kurren, United States Magistrate Judge.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: July 18, 2006

MAESK, INC. V. HARTMANN METALS CORPORATION; CV. NO. 04-00652 HG-BMK; AMENDED RULE 16 SCHEDULING ORDER.