# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7-24-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00652HG-BMK |
| CASE NAME: | Maersk, Inc. v. Hartmann Metals Corporation |
| ATTYS FOR PLA: | Gregory Kugle by phone |
| ATTYS FOR DEFT: | Cynthia A. Farias by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 7-24-06 | TIME: | 9 - 9:10 |

COURT ACTION:  EP: Status Conference Re Possible Stipulated Judgment - held.
Parties to notify court if Stipulated Judgment can be reached.
Final Pretrial Conference continued from 8-17-06 to 9-11-06 @ 8:30 a.m., HG.

Submitted by Richlyn W. Young, courtroom manager