# hawaiilawyer.com

# DAMON KEY LEONG KUPCHAK HASTERT
A LAW CORPORATION

August 9, 2006

Attorneys at Law

1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813-3480

Telephone (808) 531-8031
Facsimile (808) 533-2242
E-Mail: info@hawaiilawyer.com
Website: www.hawaiilawyer.com

Trisha M. Barbosa
C.F. Damon, Jr.
Tred R. Eyerly
Sat Khalsa Freedman
Brad K. Gushiken
Robert D. Harris
Diane D. Hastert
Todd Y. Hirai
Courtney S. Kajikawa¹
Charles W. Key
Christine A. Kubota
Gregory W. Kugle
Kenneth R. Kupchak
Denis C.H. Leong
David P. McCauley
James C. McWhinnie
Mark M. Murakami
Anna H. Oshiro
Michelle M. Shin
Douglas C. Smith
Robert H. Thomas³
Alan Van Etten
Michael A. Yoshida

Of Counsel
R. Charles Bocken
Gerhard Frohlich
Harry A. Inman¹
Naomi Sakamoto²

¹Admitted in New York and
District of Columbia
²Admitted in Hawaii, Maine,
New York and New Hampshire
³Admitted in Hawaii and California

**VIA FACSIMILE AND U.S. MAIL**

The Honorable Barry M. Kurren
United States District Court for the
    District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room C-229
Honolulu, Hawaii 96850

Re:   *Maersk Inc. v. Hartmann Metals Corporation*;
      Civil No. 04-00652 HG-BMK, United States District Court

Dear Judge Kurren:

     We write to request a further pretrial conference, pursuant to Local Rule 16.4, at the Court's earliest convenience, for the purpose of discussing Defendant Hartmann Metals Corporation's proposal for the entry of a Stipulated Judgment, with the reservation of the issues of attorneys' fees and interest. This proposal was made at the July 18, 2006 pretrial conference, and discussed with the Court again in the July 24, 2006 telephonic status conference.

     We believe the parties would benefit from the Court's assistance in moving this process forward, particularly given the impending trial date. Thank you in advance for your continued assistance in this matter.

Very truly yours,

DAMON KEY LEONG KUPCHAK HASTERT

Gregory W. Kugle



Providing business clients
worldwide access to
sophisticated legal advice
and exceptional service.

GWK:ds
cc:   Cynthia Farias, Esq. (via facsimile and mail)
191172.1