# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8-17-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 04-00652HG-BMK

CASE NAME:    Maersk, Inc. v. Hartmann Metals Corporation

ATTYS FOR PLA:    Gregory W. Kugle

ATTYS FOR DEFT:    Cynthia A. Farias

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
|---|---|---|---|
| DATE: | 8-17-06 | TIME: | 9 - 9:10 |

COURT ACTION:  EP: Status Conference Re Proposed Stipulated Judgment held.
Parties to notify court if the stipulated judgment will be agreed to.

Submitted by Richlyn W. Young, courtroom manager