hawaii**lawyer**.com

# DAMON KEY LEONG KUPCHAK HASTERT
### A LAW CORPORATION

August 9, 2006

**VIA FACSIMILE AND U.S. MAIL**

The Honorable Barry M. Kurren
United States District Court for the
   District of Hawaii
PJKK Federal Building
300 Ala Moana Boulevard, Room C-229
Honolulu, Hawaii 96850

      Re:   *Maersk Inc. v. Hartmann Metals Corporation*;
            Civil No. 04-00652 HG-BMK, United States District Court

Dear Judge Kurren:

     We write to request a further pretrial conference, pursuant to Local Rule 16.4, at the Court's earliest convenience, for the purpose of discussing Defendant Hartmann Metals Corporation's proposal for the entry of a Stipulated Judgment, with the reservation of the issues of attorneys' fees and interest. This proposal was made at the July 18, 2006 pretrial conference, and discussed with the Court again in the July 24, 2006 telephonic status conference.

     We believe the parties would benefit from the Court's assistance in moving this process forward, particularly given the impending trial date. Thank you in advance for your continued assistance in this matter.

                     Very truly yours,

                     DAMON KEY LEONG KUPCHAK HASTERT

                     Gregory W. Kugle



GWK:ds
cc:    Cynthia Farias, Esq. (via facsimile and mail)
191172.1