ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE        6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawai`i 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorney for Plaintiff
   MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MAERSK INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTMANN METALS CORPORATION,<br><br>　　　　Defendant. | CIVIL NO. CV 04-00652 (HG/BMK)<br>(In Admiralty)<br><br>**NOTICE OF HEARING MOTION; PLAINTIFF MAERSK INC.'S MOTION FOR ATTORNEYS' FEES, COSTS AND PREJUDGMENT INTEREST; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GREGORY W. KUGLE; EXHIBITS "1" - "5"; CERTIFICATE OF SERVICE**<br><br>DATE: _____<br>TIME: _____<br>JUDGE:   Hon. Barry M. Kurren |

## NOTICE OF HEARING MOTION

TO:     CYNTHIA A. FARIAS, ESQ.
Dillingham Transportation Building
701 Bishop Street
Honolulu, Hawai`i 96813

Attorney for Defendant
  HARTMANN METALS CORPORATION

PLEASE TAKE NOTICE that Plaintiff Maersk Inc.'s Motion for Attorneys' Fees, Costs and Prejudgment Interest, shall come on for hearing before the Honorable Barry M. Kurren in his courtroom in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawai`i, on _____, 2006, at __ .m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawai`i, September 29, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.