UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| | (In Admiralty) |
| Plaintiff, | |
| | **PLAINTIFF MAERSK INC.'S** |
| vs. | **MOTION FOR ATTORNEYS'** |
| | **FEES, COSTS AND** |
| HARTMANN METALS | **PREJUDGMENT INTEREST** |
| CORPORATION, | |
| | |
| Defendant. | |

**PLAINTIFF MAERSK INC.'S MOTION FOR ATTORNEYS' FEES, COSTS AND PREJUDGMENT INTEREST**

Plaintiff MAERSK INC. ("Maersk"), through its attorneys Damon Key Leong Kupchak Hastert, moves this Honorable Court for an award of attorneys' fees and expenses, in the amount of $96,153.78, and prejudgment interest in the amount of $20,948.62 against Defendant HARTMANN METALS CORPORATION ("HMC").

This is an ocean freight collection case involving unpaid freight charges owed by HMC to Maersk in the amount of $73,936.41. Days before trial, the parties stipulated to **judgment in favor of Maersk and against HMC** in the amount of $65,000, *see* Stipulation, but have reserved for the Court to determine the amount of attorneys' fees and prejudgment interest. Maersk has attempted to confer in good faith with HMC to settle the determination of attorneys' fees and costs, however, no

agreement was reached. Pursuant to each unpaid bill of lading, and applicable maritime law, Maersk is entitled to: (1) prejudgment interest on all sums owed; and (2) attorneys' fees and costs incurred in collecting the unpaid ocean freight charges.

This Motion is based upon Fed. R. Civ. P. 54(d), and L.R. 54.3, the Stipulation, and is supported by the concurrently filed Memorandum in Support, exhibits and declarations attached thereto, and the record and files herein.

DATED: Honolulu, Hawai`i, September 29, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.