UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MAERSK INC., | ) CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) **DECLARATION OF GREGORY** |
| vs. | ) **W. KUGLE** |
| | ) |
| HARTMANN METALS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, hereby declare as follows:

1. I am a lawyer licensed to practice law in all the Courts of the State of Hawai`i, a director of the law firm of Damon Key Leong, Kupchak Hastert, and one of the attorneys representing Plaintiff Maersk, Inc., in the above-captioned matter.

2. I make this Declaration upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit "1" is a true and correct copy of the back side of one of the four unpaid Bills of Lading. A copy of the four Bills of Lading were attached as Exhibit "1" - "4" to Maersk's Separate and Concise Statement of Facts ("SCSF") at ¶ 3.

192217/1

4. Attached hereto as Exhibit "2" is a true and correct copy of the Order Granting in Part and Denying in Part Plaintiff's Motion for Summary Judgment, entered on March 13, 2006.

5. Attached hereto as Exhibit "3" is a true and correct copy of the Stipulation for Judgment and Order, filed on September 12, 2006.

6. Attached hereto as Exhibit "4" are time entries setting forth the attorneys' fees and costs incurred by Maersk, Inc. for the tasks described, with privileged or work product material redacted. The time entries attached as Exhibit "4" state the name of the attorney, the task performed and the amount of time devoted to the task. The costs incurred are listed near the end of each bill in Exhibit "4."

7. The initials "GWK" on the time entries indicate work performed by Gregory W. Kugle; "MMM" indicates work performed by Mark M. Murakami; "JAD" indicates work performed by Jamesner A. Dumlao; and "TKFL" indicates work performed by Tricia K. Fujikawa Lee. The hourly rates charged are $230/$250/$260 for Mr. Kugle, $200 for Mr. Murakami, $180/$185 for Mr. Dumlao, and $110 for Tricia K. Fujikawa Lee.

8. The initials "EMK" on the time entries indicate work performed by paralegal Eugenie Mae Kincaid with an hourly rate of $95.

9. The total amount of attorneys' fees reflected in the time entries is $88,993.70, and the total amount of costs is $7,160.08. Therefore, the total amount of attorneys' fees and costs incurred is $96,153.78.

10. Courtesy discounts and adjustments were made to certain time entries, as indicated by the language "[no charge]." A courtesy discount of $3,688.30 was also given in billing period January 1, 2006 - April 30, 2006.

11. Attached hereto as Exhibit "5" is the Dispute Prevention Resolution Final Invoice, dated November 11, 2005 and check (#36405) deposited by Maersk directly indicating the Mediation Fees expended by Maersk.

12. I have met and consulted in good faith with counsel for HMC regarding the award of attorneys' fees and costs, however, the parties were unable to stipulate to an amount of fees and costs.

13. I have reviewed and approved the time and charges of work performed set forth in the itemized time entries.

14. The services reflected by the foregoing amounts were both reasonable and necessary to obtaining a stipulated judgement in this matter, and the rates charged are reasonable in this market.

I declare under the penalty of perjury of the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this 29th day of September 2006, at Honolulu, Hawai`i.

_____
GREGORY W. KUGLE