# COMBINED TRANSPORT BILL OF LADING

Agents signing this Bill of Lading on behalf of the Company or Line by whom this Bill of Lading is issued have only the limited authority of customary line of vessel's master signing a Bill of Lading.

In accepting this Bill of Lading any local customs or privileges to the contrary notwithstanding the Shipper, Consignee, and Owner of the Goods and the Holder of this Bill of Lading agree to be bound by all stipulations, exceptions and conditions stated herein whether written, printed, stamped, or incorporated on the front or reverse side hereof, as fully as if they were all signed by such Shipper, Consignee, Owner, or Holder.

Notwithstanding the heading "Combined Transport Bill of Lading", the provisions set out and referred to in this document shall also apply, if the transport as described on the reverse side of this Bill of Lading is performed by one mode of transport only.

## 1. DEFINITIONS

| | |
|---|---|
| "Maersk Sealand" | is the trade name of the Carrier. |
| "Carrier" | means the Owners or Charterers of the ocean vessel on whose behalf this Bill of Lading has been issued. |
| "Owners or Charterers" | is Dampskibsselskabet af 1912, Aktieselskab and Aktieselskabet Dampskibsselskabet Svendborg, 50, Esplanaden, DK-1098, Copenhagen K, Denmark. |
| "Goods" | means the cargo accepted from the Shipper and includes any Container not supplied by or on behalf of the Carrier. |
| "Container" | includes any container (including an open top Container) flat rack, platform, trailer, transportable tank, pallet or any other device used for the transportation of Goods. |
| "Merchant" | includes the Consignor, Shipper, Holder, Consignee, the receiver of the Goods, any person including any Corporation, Company or other legal entity owning or entitled to the possession of the Goods or this Bill of Lading and anyone acting on behalf of any such persons. |
| "Holder" | means any person for the time being in possession of this Bill of Lading to whom the property in the Goods has passed on or by reason of the consignment of the Goods or the endorsement of this Bill of Lading or otherwise. |
| "Package" | The word package shall include each container whether container is stuffed and sealed by the Merchant or on his behalf although the Shipper may have furnished in the Particulars hereon the contents of such sealed container. |

"The Internal Law of a State" shall be deemed to exclude all principles of private international law applied by such State.

## 2. CARRIER'S TARIFF

The terms of the Carrier's applicable Tariff are incorporated herein. Copies of the relevant provisions of the applicable Tariff are obtainable from the Carrier upon request. In the case of inconsistency between this Bill of Lading and the applicable Tariff, this Bill of Lading shall prevail.

## 3. SUB-CONTRACTING

1. The Carrier shall be entitled to sub-contract on any terms the whole or any part of the carriage, loading, unloading, storing, warehousing, handling and any and all duties whatsoever undertaken by the Carrier in relation to the Goods.

2. The Merchant undertakes that no claims or allegations shall be made against any servant, agent, stevedore or subcontractor of the Carrier which imposes or attempts to impose upon any of them or any vessel owned or chartered by any of them any liability whatsoever in connection with the Goods, and, if any such claim or allegation should nevertheless be made to indemnify the Carrier against all consequences thereof. Without prejudice to the foregoing, every such servant, agent, stevedore, and sub-contractor shall have the benefit of all provisions herein benefiting the Carrier as if such provisions were expressly for their benefit, and all limitations of and exonerations from liability provided to the Carrier by law and by the terms hereof shall be available to them, and, in entering into this contract the Carrier, to the extent of those provisions, does so not only on its own behalf, but also as agent and trustee for such servants, agents, stevedores and sub-contractors.

3. The expression "sub-contractor" in this clause shall include direct and indirect sub-contractors and their respective servants and agents.

## 4. DELIVERY OF CARGO BEYOND PORT OF DISCHARGE OR PLACE OF DELIVERY

In the event that Consignees/Receivers of cargo require the Carrier to deliver cargo at a port or place beyond the place of delivery originally designated in this Bill of Lading and the Carrier in its absolute discretion agrees to such further carriage, such further carriage will be undertaken on the basis that the Bill of Lading terms and conditions are to apply to such carriage as if the ultimate destination agreed with Consignees/Receivers had been included in the description of the transport on the reverse side of this Bill of Lading.

## 5. CARRIERS RESPONSIBILITY

The Carrier undertakes responsibility from the place of receipt if named herein or from the port of loading to the port of discharge or the place of delivery if named herein as follows:

1. If it can be proved that the loss or damage occurred while the Goods were in custody of an inland carrier, the liability of the Carrier and the limitation thereof shall be determined in accordance with the inland carrier's contract of carriage or tariffs, or in the absence of such contract or tariff, in accordance with the internal law of the state where the loss or damage occurred [illegible]

2. Carriage to and from the USA

[illegible]

3. Carriage to and from Countries other than the USA

[illegible]

## 6. THE AMOUNT OF COMPENSATION

[illegible]

## 7. GENERAL

[illegible]

## 8. NOTICE OF LOSS, TIME BAR

[illegible]

## 9. DEFENCES AND LIMITS FOR THE CARRIER

[illegible]

## 10. SHIPPER-PACKED CONTAINERS

[illegible]

## 11. INSPECTION OF GOODS

[illegible]

## 12. DESCRIPTION OF THE GOODS

[illegible]

## 13. SHIPPER'S RESPONSIBILITY

[illegible]

## 14. FREIGHT AND CHARGES

[illegible]

## 15. LIEN

[illegible]

## 16. OPTIONAL STOWAGE, DECK CARGO AND LIVE STOCK

[illegible]

## 17. METHODS AND ROUTES OF TRANSPORTATION

[illegible]

## 18. MATTERS AFFECTING PERFORMANCE

[illegible]

## 19. PERISHABLE CARGO

[illegible]

## 20. DANGEROUS GOODS

[illegible]

## 21. REGULATIONS RELATING TO GOODS

[illegible]

## 22. NOTIFICATION AND DELIVERY

[illegible]

## 23. BOTH-TO-BLAME COLLISION CLAUSE

[illegible]

## 24. GENERAL AVERAGE

[illegible]

## 25. NEW JASON CLAUSE

[illegible]

## 26. VARIATION OF CONTRACT ETC

[illegible]

## 27. LAW AND JURISDICTION

[illegible]

EXHIBIT 1