ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2006

at 8 o'clock and __ min. __ M
SUE BEITIA, CLERK

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorney for Plaintiff
  MAERSK INC.

LODGED

SEP 07 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| | (In Admiralty) |
| Plaintiff, | |
| | **STIPULATION FOR JUDGMENT** |
| vs. | **AND ORDER** |
| | |
| HARTMANN METALS CORPORATION, | |
| | **TRIAL:** September 26, 2006 |
| Defendant. | **JUDGE:** Hon. Helen Gillmor |

**STIPULATION FOR JUDGMENT**

Whereas, the parties, with the assistance of the Court, have agreed to stipulate to judgment to avoid conducting the trial set for September 26, 2006, before the Honorable Helen Gillmor.

EXHIBIT 3

It is therefore stipulated and agreed that:

1. Judgment shall be entered in the principal amount of $65,000.00 in favor of Plaintiff Maersk, Inc. and against Defendant Hartmann Metals Corporation;

2. Plaintiff Maersk, Inc. shall, by motion, request an award of attorneys' fees and prejudgment interest. ~~Plaintiff~~ No Defendants shall file its opposition, if any, 14 days later, and Plaintiff shall file any reply memoranda seven days later. The Court shall hear and determine this motion as quickly thereafter as its calendar allows.

3. If the Court rules on the motion before November 1, 2006, then a judgment shall be issued for the principal amount of $65,000.00, plus the amount of attorneys' fees and prejudgment interest, if any, that the Court awards. If the Court has not ruled on the motion by November 1, 2006, then judgment shall be entered in favor of Plaintiff Maersk, Inc. and against Defendant Hartmann Metals Corporation in the principal amount of $65,000.00, on November 1, 2006, and thereafter the judgment shall be amended immediately after the Court rules on the motion, to include attorneys' fees and prejudgment interest, if any.

4.  In determining the issue of attorneys' fees, the Court shall not consider the fact that the judgment amount is less than the amount claimed.

DATED: Honolulu, Hawaii, _____SEP 0 7 2006_____.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.

_____
CYNTHIA A. FARIAS

Attorney for Defendant
HARTMANN METALS CORPORATION

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

*Maersk Inc. v. Hartmann Metals Corporation*; U.S.D.C.; Civil No. 04-00652 (HG/BMK); STIPULATION FOR JUDGMENT AND ORDER