

November 11, 2005

Gregory Kugle, Esq.
Jamesner Dumlao, Esq.
Damon Key
1001 Bishop Street
Pauahi Tower, Suite 1600
Honolulu, Hawaii 96813

Cynthia Farias, Esq.
Attorney at Law
Dillingham Transportation Building
701 Bishop Street
Honolulu, Hawaii 96813

Re: 05-0274-M: Mediation of:
Maersk, Inc. v. Hartman Metals Corporation

### FINAL INVOICE

For Mediator services rendered by Judge Patrick KSL Yim (Ret.)

| | |
|---|---|
| Total hours: | 4.0 |
| Rate: | $300.00/hour |
| Subtotal: | $1,200.00 |
| GET: | $    49.99 |
| Fees: | $1,249.99 |

$1,249.99/2 parties = **$625.00 due per party**

| | |
|---|---|
| Initial Deposit: | $1,600.00 |
| Balance due: | $   625.00 |
| **Refund:** | $   975.00 |

Your refund checks are enclosed.

Should you have any questions regarding this matter, please feel free to contact Kelly Bryant at 523-1234.

Thank you.

EXHIBIT 5

1001 Bishop Street
Suite 1155 Pauahi Tower
Honolulu, Hawaii 96813

Telephone
808 . 523 . 1234

Facsimile
808 . 537 . 1377

President / CEO
Keith Hunter

Case Managers
Kelly Bryant
Evelyn Johnson

www.dpr4adr.com

Emails
keithhunter@dpr4adr.com
jimhoenig@dpr4adr.com
patrickyim@dpr4adr.com
kellybryant@dpr4adr.com
evelynjohnson@dpr4adr.com
kathybryant@dpr4adr.com

Preventing Conflicts • Solving Problems • Reaching Agreements

HOLMES WEDDLE & BARCOTT 36405

| | | | | |
|---|---|---|---|---|
| Dispute Prevention Resolutic | | 10/5/2005 | | $1,600.00 |
| Inv.Date | Inv.No. | Invoice Description | | Amount Paid |
| 10-05-2005 | 1946-19266 | pre-payment for mediation | | 1600.00 |

36405 $1,600.00

**HOLMES WEDDLE & BARCOTT**
A PROFESSIONAL CORPORATION
701 W. 8th AVE., STE. 700  (907) 274-0666
ANCHORAGE, ALASKA 99501

KeyBank National Association

89-87/1252

36405
36405

One Thousand Six Hundred and No/100 Dollars--------------------------------------------------

DATE 10/5/2005   AMOUNT $1,600.00

PAY TO THE ORDER OF

Dispute Prevention Resolution
1001 Bishop Street
1155 Pauahi Tower
Honolulu, HI 96813

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

⑈036405⑈ ⑆125200879⑆ 720121001443⑈

HOLMES WEDDLE & BARCOTT 36405

| | | | | |
|---|---|---|---|---|
| 3733 | Dispute Prevention Resolution | | 10/5/2005 | $1,600.00 |
| G/L Acct. | Matter I.D. | Cost Code  Inv.No. | Inv.Date | Amount |
| 2800-0000 | 1946-019266 | mediw    1946-19266 | 10-05-2005 | 1600.00 |