UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MAERSK INC., <br><br>        Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br>        Defendant. | ) CIVIL NO. CV 04-00652 (HG/BMK) <br> ) (In Admiralty) <br> ) <br> ) **CERTIFICATE OF SERVICE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

    CYNTHIA A. FARIAS, ESQ.
    Dillingham Transportation Building
    701 Bishop Street
    Honolulu, Hawai`i 96813
    Attorney for Defendant
      HARTMANN METALS CORPORATION

DATED: Honolulu, Hawai`i, September 29, 2006.

        DAMON KEY LEONG KUPCHAK HASTERT

        _/s/ Gregory W. Kugle_
        GREGORY W. KUGLE

        Attorneys for Plaintiff
        MAERSK INC.

192217/1