Office of the Clerk

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

300 Ala Moana Boulevard, Room C-338
Honolulu, Hawaii 96850
Phone 541-1300

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 1 2006

at 8 o'clock and 00 min. A M
SUE BEITIA, CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

To:         The Honorable Helen Gillmor, United States District Judge

From:       Sue Beitia, Clerk of Court

Date:       October 2, 2006

Re:         MAERSK, INC. vs. HARTMANN METALS CORPORATION
            Civil No. CV 04-00652HG-BMK

            [✔]   Referral of motion for Attorneys Fees and Costs - Plaintiff Maersk Inc.'s
                  Motion for Attorney's Fees, Costs and Prejudgment Interest

            [ ]   Referral of Objection/Review of Taxation of Bill of Costs

      The above-referenced Motion has been filed pursuant to Fed.R.Civ.P. 54(d)(1). Under
local rule and order, the matter is automatically referred to the magistrate Judge for adjudication
as special master unless the presiding District Judge elects to proceed to adjudicate the matter.

      [ ]   I elect to adjudicate this motion myself. An order retaining jurisdiction over this
            motion shall be prepared for my signature.

      [ ]   I elect to have the Magistrate Judge adjudicate this motion as special master.
            Pursuant to local rule, the file will be forwarded to the Magistrate Judge for action
            on this motion.