ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorney for Plaintiff
   MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
|  | (In Admiralty) |
| Plaintiff, |  |
|  | **PLAINTIFF MAERSK INC.'S** |
| vs. | **REPLY MEMORANDUM IN** |
|  | **SUPPORT OF MOTION FOR** |
| HARTMANN METALS | **ATTORNEYS' FEES, COSTS** |
| CORPORATION, | **AND PREJUDGMENT** |
|  | **INTEREST; EXHIBIT "A";** |
| Defendant. | **CERTIFICATE OF SERVICE** |

**PLAINTIFF MAERSK INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS AND PREJUDGMENT INTEREST**

Plaintiff Maersk Inc. ("Maersk"), by and through its attorneys Damon Key Leong Kupchak Hastert, hereby files its Reply Memorandum in Support of its Motion for Attorneys' Fees, Costs and Prejudgment Interest, filed on September 29, 2006.

Pursuant to the Stipulation For Judgment, filed September 12, 2006, attached hereto as Exhibit "A", Maersk filed its motion seeking an award of attorneys' fees and costs in the amount of $96,153.78, and prejudgment interest in the amount of $20,948.62. Defendant Hartmann Metals Corp. was required to file its opposition, if any, by October 13, 2006. No opposition has been filed within the time prescribed. Therefore, Maersk respectfully requests that its Motion be granted.

DATED: Honolulu, Hawaii, October 20, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.