UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

    CYNTHIA A. FARIAS, ESQ.
    Dillingham Transportation Building
    810 Richards Street, Room 810
    Honolulu, Hawaii 96813
    Attorney for Defendant
      HARTMANN METALS CORPORATION

DATED: Honolulu, Hawaii, October 20, 2006.

        DAMON KEY LEONG KUPCHAK HASTERT

        _/s/ Gregory W. Kugle_
        GREGORY W. KUGLE

        Attorney for Plaintiff
        MAERSK INC.