# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 04-00652HG-BMK

CASE NAME:         Maersk, Inc. v. Hartmann Metals

ATTYS FOR PLA:     Gregory Kugle by phone

ATTYS FOR DEFT:    Cynthia Farias by phone

INTERPRETER:

JUDGE:    Barry M. Kurren        REPORTER:    Chambers

DATE:     10/27/2006             TIME:        9:30 - 9:35

COURT ACTION:  EP: Status Conference Re Briefing of Attorneys' Fees -
Plaintiff to file an amended memorandum in support of attorneys' fees by 11/3/2006.
Defendant to file an answer by 11/9/2006.
Plaintiff to file a reply by 11/16/2006.

Submitted by Richlyn Young, Courtroom Manager