AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00652 HG-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| | November 3, 2006 |
| HARTMANN METALS<br>CORPORATION | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the "Stipulation for Judgment and Order" filed on September 7, 2006, judgment is entered in favor of Plaintiff Maersk, Inc. and against Defendant Hartmann Metals Corporation in the principal amount of $65,000.00.

cc: all counsel and/or parties of record

| November 3, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |