## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 3, 2006

TO ALL COUNSEL

Re: CV 04-00652 HG-BMK
MAERSK INC., vs. HARTMANN METALS CORPORATION

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on November 3, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Eileen Sakoda
Deputy Clerk

cc: all counsel and/or parties of record