ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE        6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 03 2006

at ___ o'clock ___ min. ___ M
SUE _____ CLERK

Attorney for Plaintiff
  MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MAERSK INC., | ) CIVIL NO. CV 04-00652 (HG/BMK) |
|---|---|
| Plaintiff, | ) (In Admiralty) |
| vs. | ) **PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS AND PREJUDGMENT INTEREST; DECLARATION OF GREGORY W. KUGLE; EXHIBIT "6"; CERTIFICATE OF SERVICE** |
| HARTMANN METALS CORPORATION, | |
| Defendant. | |

## PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS AND PREJUDGMENT INTEREST

**I. INTRODUCTION**

At the direction of the Court, Plaintiff MAERSK INC. ("Maersk"), by and through its attorneys Damon Key Leong Kupchak Hastert, files its Supplemental Memorandum in Support of its Motion for Attorneys' Fees, Costs and Prejudgment Interest. Maersk's Supplemental Memorandum provides a revised and updated breakdown of attorneys's fees and costs Maersk incurred in litigating this case against HARTMANN METALS CORPORATION ("HMC"), pursuant to L.R. 54.3.

**II. ARGUMENT**

**A. Maersk Is Entitled To Recover Attorneys' Fees.**

As discussed in Maersk's Motion for Attorneys' Fees and Prejudgment Interest ("Motion"), the contract between Maersk and HMC require the shipper to be "liable to the Carrier for the payment of . . . Court costs, expenses and reasonable attorney fees incurred in collecting any sums due Carrier." Therefore Maersk is entitled to the following attorneys' fees it incurred in litigating this collection action, in the amount of $ 93,897.20. *See* Motion at 6-9; Exhibit "1" to Motion.

The following is a summary of attorneys' fees requested. *See* Exhibit "6" attached hereto for a further breakdown in accordance with L.R. 54.3 and Exhibit "4" to Motion.[1]

| Description | Amount |
|---|---|
| Case development, background investigation and case administration | $ 24,717.00 |
| Pleadings | $ 2,033.00 |
| Interrogatories, document production, and other written discovery | $ 17,629.50 |
| Depositions | $ 8,933.00 |
| Motions practice | $ 35,503.50 |
| Attending court hearings | $ 4,949.50 |
| Trial Preparation | $ 1,820.00 |
| Estimated attorneys' fees to obtain final written judgment | $ 2,000.00 |
| Courtesy discount | - $ 3,688.30 |
| **TOTAL** | **$ 93,897.20** |

B. **Maersk Is Entitled To Costs And Expenses.**

Maersk is also entitled to an award of all court costs and expenses incurred in litigating this suit. In addition to HMC's contractual duty to indemnify

---

[1] Exhibit "6" is an updated summary of attorneys' fees, including unbilled time entries. Unbilled time entries are indicated in the shaded portions of Exhibit "6." Furthermore, numerous time entries in Exhibit "6" combine one or more tasks, and therefore, this summary is an approximation of amounts allocated for each legal service.

Maersk its court costs and expenses incurred in Maersk's efforts to collect its unpaid paid freight, Fed. R. Civ. P. 54(d)(1) specifically allows an award of costs to the prevailing party, which in this case is Maersk.

Maersk submits that the following constitutes actual court costs and expenses warranted under the circumstances:[2]

| Description | Amount |
| --- | --- |
| Photocopying Costs | $ 1,177.14 |
| Depo Transcript Cost | $ 2,622.79 |
| Fax charges | $ 237.50 |
| Long Distance Charges | $ 418.57 |
| Extra Postage | $ 30.63 |
| Parking charges | $ 29.12 |
| Messenger Fees | $ 133.98 |
| Lexis/Research | $ 1,718.87 |
| Sheriff Fees | $ 89.00 |
| Witness Fees | $ 88.00 |
| Filing Fees | $ 168.00 |

---

[2]The court costs and expenses listed include both taxable and nontaxable costs. Pursuant to 28 U.S.C. § 1920, the following costs may be taxed: "(1) Fees of the clerk and marshal; (2) Fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case; (3) Fees and disbursements for printing and witnesses; (4) Fees for exemplification and copies of papers necessarily obtained for use in the case; and (5) Docket fees . . . ." *Id.*

| | |
|---|---|
| Mediation Fees[3] | $ 625.00 |
| **Total Costs and Expenses:** | **$ 7,338.60** |

Maersk therefore requests an award of costs in the amount of $7,338.60. *See* Exhibit "4" to Motion for a detailed list of costs incurred in this matter.

### III. CONCLUSION

Based on the foregoing reasons and authority, Maersk respectfully requests this Honorable Court to award Maersk $20,948.62 in prejudgment interest, as set forth in its Motion, $ 93,897.20 in attorneys' fees, and $7,338.60 in costs.

DATED: Honolulu, Hawaii, November 3, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.

---

[3]Mediation Fees were paid by Maersk directly. *See* Dispute Prevention Resolution Final Invoice attached as Exhibit "5" to Motion.