UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| vs. | ) | **GREGORY W. KUGLE;** |
| | ) | **EXHIBIT "6"** |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, hereby declare as follows:

1.      I am a lawyer licensed to practice law in all the Courts of the
State of Hawaii, a director of the law firm of Damon Key Leong, Kupchak Hastert,
and one of the attorneys representing Plaintiff Maersk Inc., in the above-captioned
matter.

2.      I make this Declaration upon personal knowledge, unless
otherwise indicated, and am competent to testify to the matters stated herein.

3.      Attached hereto as Exhibit "6" are the time entries setting forth
the attorneys' fees incurred by Maersk Inc. for the tasks described, organized by
description in accordance with L.R. 54.3, with privileged or work product material

redacted.   The time entries attached as Exhibit "6" state the date, name of the attorney, the task performed and the amount of time devoted to the task.

4.     The initials "GWK" on the time entries indicate work performed by Gregory W. Kugle; "MMM" indicates work performed by Mark M. Murakami; "JAD" indicates work performed by Jamesner A. Dumlao; and "TKFL" indicates work performed by Tricia K. Fujikawa Lee.  The hourly rates charged are $230/$250/$260 for Mr. Kugle, $200 for Mr. Murakami, $180/$185 for Mr. Dumlao, and $110/$130 for Tricia K. Fujikawa Lee.

5.     The initials "EMK" on the time entries indicate work performed by paralegal Eugenie Mae Kincaid with an hourly rate of $95.

6.      The total amount of attorneys' fees reflected in the time entries is $ 95,195.50, and the total amount of costs is $7,338.60.  Therefore, the total amount of attorneys' fees and costs incurred is $102,534.10.

7.     Courtesy discounts and adjustments were made to certain time entries, as indicated by the language "[no charge]."  A courtesy discount of $3,688.30 was also given in billing period January 1, 2006 - April 30, 2006.

8.     I have reviewed and approved the time and charges of work performed set forth in the itemized time entries.

9.     The services reflected by the foregoing amounts were both reasonable and necessary to obtaining a stipulated judgement in this matter, and the rates charged are reasonable in this market.

I declare under the penalty of perjury of the laws of the State of Hawaii that the foregoing is true and correct.

Executed this 3rd day of November 2006, at Honolulu, Hawaii.


GREGORY W. KUGLE