UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| vs. ) | |
| ) | |
| HARTMANN METALS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

> CYNTHIA A. FARIAS, ESQ.
> 810 Richards Street, Room 810
> Honolulu, Hawaii  96813
> Attorney for Defendant
>   HARTMANN METALS CORPORATION

DATED:  Honolulu, Hawaii, November 3, 2006.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.