IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK, INC. | ) | CIVIL NO. CV04-00652(HG/BMK) |
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF CYNTHIA A. FARIAS |
| HARTMANN METALS CORPORATION, | ) | |
| Defendants. | ) | |

## DECLARATION OF CYNTHIA A. FARIAS

I, Cynthia A. Farias, hereby declare upon information and belief as follows:

1. I am an attorney licensed to practice law before the United States District Court for the District of Hawaii, and represent Defendant Hartmann Metals Corporation in this above-captioned action.

2. The factual statements contained in the Memorandum in Opposition to Maersk's Motion for Attorneys Fees, Costs and Prejudgment Interest are true and correct to the best of my knowledge based upon the following: 1) facts which have been the subject of declarations and documentation contained in the record; 2) discussions I have had with Mr. Hanni Hartmann, President of Hartmann Metals Corporation and 3) my own personal knowledge concerning the record and evidence in this matter.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:    Honolulu, Hawaii, November 9, 2006.

*/s/ Cynthia A. Farias*
CYNTHIA A. FARIAS