IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK, INC. | ) | CIVIL NO. CV04-00652(HG/BMK) |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| HARTMANN METALS CORPORATION, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date the foregoing document(s) was duly served on the following party(ies) by ( ) United States mail, postage prepaid; ( ) Hand Delivery: ( ) Facsimile at 533-2242

    GREGORY W. KUGLE, ESQ.
    JAMESNER A. DUMLAO, ESQ.
    Damon Key Leong Kupchak Hastert
    1001 Bishop Street, Suite 1600
    Honolulu, Hawaii
        Attorney for Plaintiff
        MAERSK INC.

DATED:    Honolulu, Hawaii, _November 9, 2006_

_/s/ Cynthia A. Farias_
CYNTHIA A. FARIAS
Attorney for Defendant