UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | ) CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) **DECLARATION OF** |
| vs. | ) **GREGORY W. KUGLE;** |
| | ) **EXHIBIT "7" - "9"** |
| HARTMANN METALS | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, hereby declare as follows:

1. I am a lawyer licensed to practice law in all the Courts of the State of Hawai`i, a director of the law firm of Damon Key Leong, Kupchak Hastert, and one of the attorneys representing Plaintiff Maersk Inc. ("Maersk"), in the above-captioned matter.

2. I make this Declaration upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters stated herein.

3. Attached hereto as Exhibit "7" is a true and correct copy of Exhibits "13" and "14" to Maersk's Separate Concise Statement of Facts in Support of Motion for Summary Judgment.

193837.1

4.     Attached hereto as Exhibit "8" is a true and correct copy of the Order Granting In Part Denying In Part Plaintiff's Motion For Summary Judgment, entered March 13, 2006.

5.     Attached hereto as Exhibit "9" is a true and correct copy of Exhibit "15" to Maersk's Separate Concise Statement of Facts in Support of Motion for Summary Judgment.

6.     In accordance with Maersk's Supplemental Motion in Support of Motion for Attorneys' Fees, Costs, and Prejudgment Interest ("Supplemental Memorandum") and Exhibit "6" attached thereto, the total amount of attorneys' fees requested is $93,897.20. This declaration is made to correct the amount of attorneys' fees declared in ¶6 of the Declaration attached to the Supplemental Memorandum which mistakenly indicated $95,195.50.

I declare under the penalty of perjury of the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this 16th day of November 2006, at Honolulu, Hawai`i.

_____
GREGORY W. KUGLE