**Sullivan, Carlos**

| | |
|---|---|
| **From:** | Schrottman@aol.com |
| **Sent:** | Wednesday, February 04, 2004 5:26 AM |
| **To:** | hnlmng@maersk.com |
| **Cc:** | florence@sinogrand.netfront.net; houcrcexpwcr@maersk.com; houcrcfrcfrc@maersk.com; Sullivan, Carlos; denise@sinogrand.netfront.net; tim@sinogrand.netfront.net; justin@sinogrand.netfront.net |
| **Subject:** | Re: Proof copy changes |

REFN: HNL25350 YREF: INT10670

This needs to be directed to Houston, not me. HOUCECEXP,wcr/TD
pls confirm you have attached file and all in order to
proceed.

his mail and the related previous mail/changes went to all parties as above
o Houston should have and must have received as well. Just to be safe; we included all of above...
s mentioned in previous email, once we receive
ritten acceptance of the outstanding charges we can
roceed. Rgds
Ve have already agreed previously in writing to accept any additional charges; even without knowing how much they are
imply to get moving and to get out of this hole...
/e herewith confirm again that any diversion charges and possible demurrage will be accepted by us being your
ontractual partner.
Ne than will settle internally with our client in Hgk who has caused the diversions.
ope this clarifies matters

est regards,
lanni Hartmann
artmann Metals Corp.
etal Trade-Project Management
01 Bishop Street
illingham Transportation Building
onolulu, Hawaii 96825
SA
el 1-808-396-5412
ax 1-808-394-2767
ttp://www.hartmannmetal.com

EXHIBIT 7

EXHIBIT 18

M00127

4/5/2005

EXHIBIT "13"

REDACTED

-----Original Message-----
**From:** Schrottman@aol.com [mailto:Schrottman@aol.com]
**Sent:** Monday, February 09, 2004 9:43 PM
**To:** florence@sinogrand.netfront.net; houcrcexpwcr@maersk.com
**Cc:** hnlmng@maersk.com; hkgimpcus@maersk.com; tim@sinogrand.netfront.net; justin@sinogrand.netfront.net; Sullivan, Carlos; denise@sinogrand.netfront.net
**Subject:** Re: SJ1d42109 & SJ1321026 / Hartmann Metals

Best regards,
To all

## We at HMC have NOT received so far these docs

The docs continued to show discrepancies; so Pam Lake in Honolulu and myself have agreed to:
HMC will accept the charges for the covered shipments and to get a new set or a THE set directly printed in Hgk;
bypassing to have Houston have to send the docs to us in Honolulu and we forward to HongKong
We have already waste so much time; please get these docs expedited to Hong Kong in the requested form to Jade Alliance
Again, we do not have them; we did not receive them
If Houston had mailed them, Houston should have Express mail receipts....
Hanni Hartmann
Hartmann Metals Corp.
Metal Trade-Project Management
701 Bishop Street
Dillingham Transportation Building
Honolulu, Hawaii 96825
USA
Tel 1-808-396-5412
Fax 1-808-394-2767
http://www.hartmannmetal.com

EXHIBIT 19

N20256

EXHIBIT "14"