**MEMO!**

DATE:   April 5, 2004

TO:     Andrea Jinks
        Maersk/Sealand

FROM:   Dora M. Matsumura
        For Hartmann Metals Corporation

Dear Andrea,

Thank you for your fax today of outstanding invoices as you show it. Now I understand why you're confused.
I am sending you copies of the original freight invoices that you sent us. Your "Non negotiable" copies don't even add up correctly by themselves. Also below is a breakdown of all invoices and payments made to you.

| Date | Invoice # | Invoice Amt | |
|---|---|---|---|
| 10/28/03 | SJID 36736 | 17,405.00 | |
| 11/04/04 | SJID 36764 | 36,434.82 | |
| 11/24/03 | SJID 36711 | 29,387.00 | |
| 11/24/03 | SJID 39933 | 16,889.00 | |
| 11/24/03 | SJID 36832 | 21,475.00 | |
| 11/25/03 | SJID 41973 | 29,915.00 | |
| 11/28/03 | SJID 41974 | 6,430.00 | |
| 12/03/03 | SJID 42009 | 8,565.00 | |
| 12/10/03 | SJID 42034 | 2,160.00 | |
| 12/10/03 | SJI 303015 | 17,105.00 | |
| 12/16/03 | SJID 42055 | 23,510.00 | |
| 12/16/03 | SJID 42057 | 2,260.00 | |
| 01/13/04 | SJI 321026 | 27,395.00 | (copy attached) |
| 02/02/04 | SJID 42109 | 17,420.00 | (copy attached) |
| 02/13/04 | SJID 45274 | 10,775.00 | (copy attached) |

**TOTAL INVOICED**    **$267,125.82**

| Date | Check # | Amount Paid |
|---|---|---|
| 10/26/03 | 1800 | 84,581.00 |
| 12/09/03 | Wired | 25,000.00 |
| 12/09/03 | Wired | 21,489.82 |
| 12/09/03 | Wired | 17,319.82 |
| 12/09/03 | Wired | 15,284.82 |
| 12/09/03 | Wired | 6,430.00 |
| 12/09/03 | Wired | 4,915.00 |
| 12/22/03 | Wired | 17,105.00 |

EXHIBIT 3

EXHIBIT 9

| | | | |
|---|---|---|---|
| 12/22/03 | Wired | 2,160.00 | (6) |
| 12/31/03 | Wired | 23,510.00 | (4) |
| 12/31/03 | Wired | 2,260.00 | (3) |
| 02/10/04 | Wired | 17,420.00 | (1) |
| 02/14/04 | Wired | 10,775.00 | (2) |

**TOTAL PAID    $248,250.46**

    I will suggest to Mr. Hartmann that he should release payment of $18,875.36 to clear this account.

    I hope this helps you to clear your records. If I can be of any more help, please let me know. Thank you!

Sincerely yours,

*Dora M. Matsumura*

Dora M. Matsumura

cc: Hartmann Metals Corp