UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

    CYNTHIA A. FARIAS, ESQ.
    810 Richards Street, Room 810
    Honolulu, Hawai`i  96813
    Attorney for Defendant
      HARTMANN METALS CORPORATION

DATED:  Honolulu, Hawai`i, November 16, 2006.

    DAMON KEY LEONG KUPCHAK HASTERT

    _____
    GREGORY W. KUGLE

    Attorney for Plaintiff
    MAERSK INC.