**ORIGINAL**

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorney for Plaintiff
   MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 4 2006

at 8 o'clock and 10 min. AM
SUE BEITIA, CLERK

LODGED

NOV 1 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTMANN METALS<br>CORPORATION,<br><br>　　　　　Defendant. | CIVIL NO. CV 04-00652 (HG/BMK)<br>(In Admiralty)<br><br>**EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF GREGORY W. KUGLE; EXHIBIT "A"; ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; GARNISHEE SUMMONS**<br><br>Hearing:<br><br>DATE: 1-19-07<br>TIME: 9 am<br>JUDGE: BMK |

## EX PARTE MOTION FOR ISSUANCE OF
## GARNISHEE SUMMONS AFTER JUDGMENT

Plaintiff MAERSK INC. ("Plaintiff"), by and through its attorneys, Damon Key Leong Kupchak Hastert, moves this Honorable Court to issue Garnishee Summons to BANK OF HAWAII ("Garnishee"), summoning Garnishee to disclose under oath (1) any and all goods and effects, and /or amounts held; (2) any amounts coming due at any time in the future; and (3) any amounts Garnishee was in receipt of for any salary, stipend, commissions, wages, annuity, or net income under a trust held by Garnishee, on account of Defendant HARTMANN METALS CORPORATION ("Defendant"), and ordering the Garnishee to hold and secure said goods and effects, and/or amounts as provided in the Garnishee Summons attached hereto.

This motion is brought pursuant to Rules 7(b) and 69 of the Federal Rules of Civil Procedure, Haw. Rev. Stat. § 652, the Declaration attached hereto and the record and files herein.

DATED: Honolulu, Hawaii, __NOV 17 2006_____.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE

Attorney for Plaintiff
MAERSK INC.