UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant. | CIVIL NO. CV 04-00652 (HG/BMK) <br> (In Admiralty) <br><br> **DECLARATION OF GREGORY W. KUGLE; EXHIBIT "A"** |

**DECLARATION OF GREGORY W. KUGLE**

I, GREGORY W. KUGLE, declare as follows:

1. I am a director with the law firm Damon Key Leong Kupchak Hastert, which firm represents Plaintiff MAERSK INC. ("Plaintiff") in the above titled action.

2. I make this Declaration upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters stated herein.

3. On November 3, 2004, Plaintiff filed its Complaint By Carrier To Recover Ocean Freight Charges ("Complaint") in the above-entitled Court which commenced this action to recover judgment against Defendant HARTMANN METALS CORPORATION ("Defendant"), *inter alia*, for the recovery of unpaid ocean freight charges owing to Plaintiff.

4. On September 7, 2006, a Stipulation for Judgment and Order was lodged herein and was thereafter filed. Stipulated Judgment was entered herein in accordance therewith in favor of Plaintiff and against the Defendant on November 3, 2006, in the sum of SIXTY-FIVE THOUSAND AND NO/100 U.S. DOLLARS ($65,000.00), a true and correct copy of which is attached hereto and incorporated herein by this reference as Exhibit "A."

5. The judgment is unsatisfied, and Plaintiff is still the owner and holder of the judgment.

6. The Stipulated Judgment has not been reversed, modified or set aside, and this matter has not been stayed or appealed, and there is still due and owing as of November 16, 2006, the remaining principal sum of SIXTY-FIVE THOUSAND AND NO/100 U.S. DOLLARS ($65,000.00), together with prejudgment interest, attorneys' fees and costs that may be awarded.

7. By virtue of said Judgment, the sum of SIXTY-FIVE THOUSAND AND NO/100 U.S. DOLLARS ($65,000.00) is due and owing to Plaintiff from Defendant. No post-judgment interest will be calculated on prejudgment interest.

8. Plaintiff has moved this Court to issue Garnishee Summons to BANK OF HAWAII ("Garnishee").

9. Upon information and belief, Defendant has an account at the Garnishee, and Garnishee holds and/or owes funds belonging to Defendant.

10. Declarant is informed and believes that the funds sought to be garnished from Garnishee are not traceable to TANF/AFDC grants or Social Security benefits, in particular, because Defendant is a Hawaii corporation.

11. Based on the foregoing, Declarant respectfully requests that a garnishee summons be issued to Bank of Hawaii, to disclose whether said entities have any monies of Plaintiff in their possession or control, and to secure the funds specified in the Summons until further Order of this Court.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

Executed this 17th day of November, 2006, at Honolulu, Hawaii.

_____
GREGORY W. KUGLE