UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| | (In Admiralty) |
| Plaintiff, | |
| | **ORDER GRANTING EX PARTE** |
| vs. | **MOTION FOR ISSUANCE OF** |
| | **GARNISHEE SUMMONS AFTER** |
| HARTMANN METALS CORPORATION, | **JUDGMENT** |
| Defendant. | |

**ORDER GRANTING EX PARTE MOTION FOR
ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT**

Upon the Ex Parte Motion for Issuance of Garnishee Summons, the Declaration of Gregory W. Kugle, and the files and records of the above-entitled case, and good cause appearing therefor,

IT IS HEREBY ORDERED that Garnishee Summons in the form attached hereto issued to Bank of Hawaii according to law.

DATED: Honolulu, Hawaii, 11.21.2006.

_____
Magistrate Judge of the above-entitled Court

Maersk Inc. v. Hartmann Metals Corporation; U.S.D.C., D. Haw.; Civil CV 04-00652 (HG/BMK); ORDER GRANTING EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT