UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| Plaintiff, | (In Admiralty) |
| vs. | **GARNISHEE SUMMONS** |
| HARTMANN METALS CORPORATION, | |
| Defendant. | |

### GARNISHEE SUMMONS

TO:   ANY OFFICER IN HAWAII AUTHORIZED TO MAKE SERVICE

You are commanded to leave a true and attested copy of this Summons and Order with the above-named Garnishees at the following address:

TO:   BANK OF HAWAII
Main Branch
111 S. King Street
Honolulu, HI 96813

You, as garnishee, are hereby SUMMONED and required to appear personally before the Honorable Barry M. Kurren, U.S. District Court Magistrate, in his courtroom in the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96813, at 9:00 a.m. on January 19, 2007 OR

to file a written disclosure in the above-entitled court, and serve a copy of it upon the Plaintiff or its attorney within twenty (20) days after service of this summons upon you, exclusive of the date of service.

Your disclosure must be made under Oath. It must state whether:

a. you have or at the time of service had any of the goods or effects of the Defendant above-named in your hands, and if so, their nature, amount and value; or

b. you were or are indebted to the Defendant, and if so, the nature and amount of the debt; or

c. Defendant was in receipt from you of any salary, wages, commissions, stipend, annuity, net income or a portion of net income under a trust, and if so, the amount or rate thereof.

d. you have or at the time of service had any monies of Defendant, on account of Defendant, in your possession or safekeeping.

You as garnishee are HEREBY ORDERED to hold and secure from the time of service of this Summons, and until further order by the Court, an amount of money which shall not exceed 120% of the amount of the judgment, SIXTY-FIVE THOUSAND AND NO/100 U.S. DOLLARS ($65,000.00), plus

legal interest from entry hereof until paid, including costs and interest, as provided by Haw. Rev. Stat. § 652.

DATED: Honolulu, Hawaii, ___NOV 2 4 2006_____.

_____SUE BEITIA_____
Clerk of the above-entitled Court

*[signature]*
Deputy Clerk, United States
District Court, District of Hawaii