ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorney for Plaintiff
    MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 29 2006

at _____ o'clock and ___ min. ___M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **RETURN OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

193862.1/TKFL

## RETURN OF SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering a certified copy of each document to the person at the time, date and place herein shown.

DOCUMENTS SERVED:

1.  EX PARTE MOTION FOR ISSUANCE OF GARNISHEE SUMMONS AFTER JUDGMENT; DECLARATION OF GREGORY W. KUGLE; EXHIBIT "A"; ORDER; GARNISHEE SUMMONS

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| BANK OF HAWAII, through its Legal Processing Specialist, Doreen Tihano. | 8:50 a.m. | 11/28/06 | 130 Merchant St. Suite 1610 Honolulu, Hawaii |

*Doreen L. Tihano*    9.90am  **NOV 2 8 2006**

Doreen Tihano
Legal Processing Specialist

Sheriff's Fees:  $15.00

Mileage:  0,00

By: _____

Dennis H. Nakata, Process Server authorized by Dept. of Public Safety, State of Hawaii

193862.1/TKFL                            -2-