ORIGINAL

BANK OF HAWAII
Legal & Custody Dept.
111 So. King Street, Suite 1610
Honolulu, Hawaii 96813

Tel. No. 537-8253

Garnishee

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2006

at 2 o'clock and 20 min P.M.
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HARTMANN METALS CORPORATION,<br><br>Defendant,<br><br>and<br><br>BANK OF HAWAII,<br><br>Garnishee. | **CIVIL NO. CV 04-00652 (HG/BMK)**<br>(In Admiralty)<br><br>ANSWER AND DISCLOSURE<br>OF BANK OF HAWAII;<br>**CERTIFICATE OF SERVICE** |

## ANSWER AND DISCLOSURE OF BANK OF HAWAII

Comes now BANK OF HAWAII, the Garnishee named in the above-entitled action; and for Answer and Disclosure in response to the garnishee

process herein says:

That at the time and place of service upon it of said garnishee process, to - wit:  At  8:50 a. m. on the 28th day of November, 2006, within the First Judicial Circuit of the State of Hawaii, there was funds on deposit with said Garnishee to the credit of **HARTMANN METALS CORPORATION,** a sum of $1,106.90 and that a charge of $95.00 has been assessed for service of legal process, leaving a balance of One Thousand Eleven Dollars and Ninety Cents, **($1,011.90)**.

That other than as above disclosed at said time and place of service of process, this Garnishee was not indebted to said Defendant, said Defendant was not in the employ of this Garnishee, this Garnishee did not have any goods or effects of the Defendant in its hands; and this Garnishee was not the agent, factor or trustee of the Defendant.

WHEREFORE, this Garnishee prays for the judgment of this court as to the disposition of said funds; that it be awarded its costs, and that a certified copy of the final judgment of this court be required to be served on this Garnishee with the statement that at the time of its  rendition no appeal or execution has been noted.

Dated:  Honolulu, Hawaii, December 11, 2006.

BANK OF HAWAII

By [signature]

Assistant Vice President and Manager

2

STATE OF HAWAII             )
CITY AND COUNTY OF HONOLULU )

  **SCOTT I. TAKAHASHI**, being first duly sworn on oath, deposes and says that he is a Assistant Vice President and Manager of BANK OF HAWAII, and as such is authorized to make and does make this verification on its behalf; that he has read the foregoing answer and disclosure and that the contents of the same are true to the best of his knowledge and belief.

                            _____
                            SCOTT I. TAKAHASHI

Subscribed and sworn to before me
this __11th__ day of __December__, 2006

_____
Notary's Printed Name: NONETH SARINAS
Notary Public, State of Hawaii

My commission expires   4-10-2009

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing BANK OF HAWAII'S RESPONSE TO GARNISHEE SUMMONS was duly mailed, postage prepaid, on December 11, 2006, by placing said copy in the United States mail addressed as follows:

>Damon Key Leong Kupchak Hastert
>Attorney at Law, A Law Corporation
>**c/o GREGORY W.KUGLE   6502-0**
>1600 Pauahi Tower
>1001 Bishop Street
>Honolulu, Hawaii  96813

Attorney for Plaintiff,

Dated:  Honolulu, Hawaii, December 11, 2006.

_____
SCOTT I. TAKAHASHI