ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE 6502-0
gwk@hawaiilawyer.com
TRICIA K. FUJIKAWA LEE 8484-0
tkfl@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Plaintiff
MAERSK INC.

LODGED
JAN 12 2007
10:15 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 16 2007
at 3 o'clock and 29 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| | (In Admiralty) |
| Plaintiff, | |
| | **EX PARTE MOTION FOR EXAMINATION OF HANNI HARTMANN AKA HANS HARTMANN AKA HANSHEIN HARTMANN, PERSON WITH KNOWLEDGE OF JUDGMENT DEBTOR; DECLARATION OF GREGORY W. KUGLE; EXHIBITS "A" & "B"; ORDER GRANTING EX PARTE MOTION FOR EXAMINATION OF HANNI HARTMANN AKA HANS HARTMANN AKA HANSHEIN HARTMANN, PERSON WITH** |
| vs. | |
| HARTMANN METALS CORPORATION, | |
| Defendant. | |

3-9-07 9 am BMK

) **KNOWLEDGE OF JUDGMENT DEBTOR**
)
)
)
) DATE: ____________________
) TIME: ____________________
) JUDGE: ____________________
____________________________)

**EX PARTE MOTION FOR EXAMINATION OF HANNI HARTMANN AKA HANS HARTMANN AKA HANSHEIN HARTMANN, PERSON WITH KNOWLEDGE OF JUDGMENT DEBTOR**

Plaintiff MAERSK INC., by and through its attorneys, Damon Key Leong Kupchak Hastert, moves this Honorable Court, ex parte, for the entry of an Order directing HANNI HARTMANN aka HANS HARTMANN aka HANSHEIN HARTMANN, ("HANNI HARTMANN"), President and Director of Judgment Debtor HARTMANN METALS CORPORATION, ("Judgment Debtor"), to appear before a Judge of the above entitled Court at a time and place fixed in said Order, and to bring with him certain documents then and there to be examined under Oath as to (1) any and all property or other assets owned by Judgment Debtor or in which it has an interest; (2) any and all sums of money or other debts or accounts that may be owing to it; and (3) any and all assets that it may otherwise own that are not exempt from legal process.

The purpose of the examination is to determine what assets are available to the Judgment Debtor to satisfy the Stipulated Judgment entered herein on November 3, 2006.

This Motion is made pursuant to § 636-4, Hawaii Revised Statutes, Rule 7(b) and 69 of the Federal Rules of Civil Procedure, and is based upon the records and files herein and upon the Declaration attached hereto.

DATED: Honolulu, Hawaii, JAN 12 2007.

DAMON KEY LEONG KUPCHAK HASTERT

GREGORY W. KUGLE
TRICIA K. FUJIKAWA LEE

Attorneys for Plaintiff
MAERSK INC.