UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF GREGORY W.** |
| vs. | ) | **KUGLE; EXHIBITS "A" & "B"** |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, declare as follows:

1. I am an attorney with the law firm Damon Key Leong Kupchak Hastert, counsel of record for Plaintiff MAERSK INC. in the above-entitled action. I am authorized to make this declaration based upon my personal knowledge.

2. On November 3, 2006, a Stipulated Judgment was entered in favor of Plaintiff MAERSK INC. and against Defendant HARTMANN METALS CORPORATION ("Judgment Debtor"), in the amount of $65,000.00, a true and correct copy of which is attached hereto as Exhibit "A."

3. The foregoing judgment has not been appealed, reversed, modified or set aside, in whole or in part, and remains in full force and effect.

4.   The judgment is unsatisfied, and Plaintiff MAERSK INC. is still the owner and holder of the judgment. A garnishee summons served on Bank of Hawaii disclosed $1011.90 in Judgment Debtor's account.

5.   By virtue of said judgment, there is now due and owing to Plaintiff MAERSK INC. by Defendant HARTMANN METALS CORPORATION, the sum of $65,000.00, plus post-judgment interest.

6.   HANNI HARTMANN aka HANS HARTMANN aka HANSHEIN HARTMANN ("HANNI HARTMANN") is the President and Director of Defendant HARTMANN METALS CORPORATION, as evidenced by the last Annual Report, dated January 29, 2006, filed with the State of Hawaii Department of Commerce and Consumer Affairs, a true and correct copy of which is attached hereto as Exhibit "B."

7.   Plaintiff respectfully moves the Court for an order setting this matter for hearing such that HANNI HARTMANN, a person with knowledge of the Judgment Debtor, may be examined before the Court and requiring that HANNI HARTMANN bring the documents identified in the Order for Examination of HANNI HARTMANN, person with knowledge of the Judgment Debtor.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct.

Executed this 12th day of January, 2007 at Honolulu, Hawaii.

_____
GREGORY W. KUGLE