Department of Commerce and Consumer Affairs, State of Hawaii

**DOMESTIC PROFIT CORPORATION**
**FILING FEE: $15.00**

**STATE OF HAWAII**
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS
BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI 96811

Internet Filing

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF: January 1, 2006

CORPORATE NAME AND MAILING ADDRESS:

HARTMANN METALS CORPORATION
139 MAKAWELI ST
HONOLULU, HI 96825

If address of principal office differs from the above mailing address, state the address of the principal office.

139 MAKAWELI ST
HONOLULU, HI 96825

1. AUTHORIZED SHARES

| CLASS | NUMBER |
|---|---|
| COMMON | 1,000 |

TOTAL NUMBER OF SHARES ISSUED

| CLASS | NUMBER |
|---|---|
| COMMON | 1,000 |

2. NATURE OF BUSINESS:

TRADING OR RECYCLING METALS, SCRAP STEEL & NON-FERROUS METALS

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (If any change, line out and print change on the right. See reverse for instructions.) After any changes made, the street addresses of its registered office and agent shall be identical.

HANS HARTMAN
139 MAKAWELI ST
HONOLULU, HI 96825

01/29/200646077

4. OFFICERS/DIRECTORS

| Office Held/ Director Code | Name in Full | Address | |
|---|---|---|---|
| *P/D | HARTMANN, HANS-H | 139 MAKAWELI ST | HONOLULU HI 96825 US |
| *V/S/T/D | HARTMANN, JEAN A | 139 MAKAWELI ST | HONOLULU HI 96825 US |

[X] **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

01/29/2006         H H HARTMANN
Date                Signature

**FILE NO.** 74147D1
Rev. 2/2005

EXHIBIT "B"