FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2007

at 2 o'clock and 15 min. P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| | ) | ORDER FOR EXAMINATION OF |
| vs. | ) | HANNI HARTMANN AKA HANS |
| | ) | HARTMANN AKA HANSHEIN |
| HARTMANN METALS | ) | HARTMANN, PERSON WITH |
| CORPORATION, | ) | KNOWLEDGE OF JUDGMENT |
| | ) | DEBTOR |
| Defendant. | ) | |

### ORDER FOR EXAMINATION OF HANNI HARTMANN AKA HANS HARTMANN AKA HANSHEIN HARTMANN, PERSON WITH KNOWLEDGE OF JUDGMENT DEBTOR

TO: HANNI HARTMANN
HARTMANN METALS CORPORATION
139 Makaweli Street
Honolulu, Hawaii 96825

YOU ARE ORDERED to appear before the Honorable Barry M. Kurren, U.S. District Magistrate Judge of the above-entitled Court, in his Courtroom in the PJJK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on March, the 9th day of ~~~~ 07 ~~~~, 2007, at 9 o'clock A.m., then and there to be examined under oath as to (1) any and all property or assets of Judgment Debtor HARTMANN METALS CORPORATION ("Judgment Debtor") may own or in which it may have an interest; (2) any and all sums of money, accounts

or debts that may be owing to the Judgment Debtor; and (3) any and all assets that the Judgment Debtor may otherwise own such as are not exempt from legal process.

YOU ARE FURTHER ORDERED to bring any and all books, papers and documents in your possession or control, or in the possession or control of any of your employees, accountants, attorneys or other agents, regarding any and all of the matters set forth above upon which you are to be examined, including but not limited to:

1. Any and all property or assets which the Judgment Debtor owns or in which has any interest, or which the Judgment Debtor has owned or in which the Judgment Debtor has had an interest in the past two (2) years;

2. The most recent statements or documents regarding any bank account, savings account, checking account, money market account, certificate of deposit account, brokerage account, or similar account, in which the Judgment Debtor has an interest, directly or indirectly;

3. Copies of the Judgment Debtor's tax returns for the past three (3) years;

4. Certificates of Ownership for any vehicles in which the Judgment Debtor has an interest;

5. Documents or papers reflecting any ownership interest the Judgment Debtor has in any real property;

6. Any and all documents reflecting property taxes paid or owing by the Judgment Debtor in the last three (3) years;

7. Any stock certificates or bonds in which the Judgment Debtor has an interest;

8. Records, books or other documents reflecting accounts receivables;

9. Any contracts or documents evidencing a third party's obligation to pay the Judgment Debtor money;

10. Copies of any documents or papers reflecting any insurance which the Judgment Debtor owns on the life of any other person, including, but not limited, to employees;

11. Any and all receipts or invoices which would reflect the value of any personal property within the Judgment Debtor's possession, such as office equipment, furniture, inventory, supplies, equipment, jewelry, paintings, artwork, musical instruments or other goods that may be associated with the Judgment Debtor's business or otherwise; and

12. Any information regarding any other creditors of the Judgment Debtor, including information regarding the names and addresses of the creditors, the amounts due and owing to the creditors, and the frequency of payments to the creditors.

This Order shall be void and to no effect if it is not served on or before MAR 1 2007.

**IF YOU DO NOT APPEAR IN COURT AS ORDERED, YOU MAY BE ARRESTED FOR CONTEMPT OF COURT.**

DATED:   Honolulu, Hawaii,   1-12-2007

_____
Magistrate Judge of The Above-Entitled Court

Maersk Inc. v. Hartmann Metals Corporation; U.S.D.C., D. Haw.; Civil CV 04-00652 (HG/BMK); ORDER FOR EXAMINATION OF HANNI HARTMANN AKA HANS HARTMANN AKA HANSHEIN HARTMANN, PERSON WITH KNOWLEDGE OF JUDGMENT DEBTOR.

195359.1

-4-