Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE        6502-0
1001 Bishop Street
1600 Pauahi Tower
Honolulu, Hawai`i 96813
Telephone: (808) 531-8031
Facsimile: (808) 533-2242
E-mail: gwk@hawaiilawyer.com

Attorney for Plaintiff
  MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at 9 o'clock and 35 min. A.M.
SUE BEITIA, CLERK

LODGED
JAN 25 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MAERSK INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant, <br><br> and <br><br> BANK OF HAWAII, <br><br> Garnishee. | CIVIL NO. CV 04-00652 (HG-BMK) <br> (In Admiralty) <br><br> **GARNISHEE ORDER** |

195611.1

## GARNISHEE ORDER

Garnishee Summons in the above-entitled cause having been issued by this Court on November 21, 2006, and served upon Garnishee BANK OF HAWAII ("BANK") on November 28, 2006, as indicated by the Return of Service filed herein on November 29, 2006; and

On December 11, 2006, Garnishee BANK served its Answer and Disclosure Of Garnishee Bank of Hawaii, indicating that it has in its possession for safekeeping for HARTMANN METALS CORPORATION the sum of $1,106.90, of which Garnishee claims an offset of $95.00, and that it was holding for Plaintiff MAERSK INC., ("Plaintiff") the sum of $1,011.90 for present garnishment;

It appearing from the record and files herein that the sums being held by the Garnishee are those of the judgment debtor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Garnishee BANK is hereby ordered to pay to Plaintiff's attorney herein the amount of $1,011.90, held by it for the benefit of Plaintiff.

DATED: Honolulu, Hawai`i, 1-25-2007.

_____
Magistrate Judge of the Above-entitled Court

---

*Maersk Inc. v. Hartmann Metals Corporation, and Bank of Hawaii*; U.S.D.C.; Civil No. 04-00652 (HG-BMK); GARNISHEE ORDER.