ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE         6502-0
gwk@hawaiilawyer.com
TRICIA K. FUJIKAWA LEE   8484-0
tkfl@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Plaintiff
  MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 9 2007

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK INC., | CIVIL NO. CV 04-00652 (HG/BMK) |
| | (In Admiralty) |
| Plaintiff, | |
| | **RETURN OF SERVICE** |
| vs. | |
| HARTMANN METALS CORPORATION, | |
| Defendant. | |

## RETURN OF SERVICE

I HEREBY CERTIFY that I served the documents listed herein by delivering a certified copy of each document to the person at the time, date and place herein shown.

DOCUMENTS SERVED:

1. GARNISHEE ORDER

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| *signature* Eleanor Suliven, Legal Processing Specialist  BANK OF HAWAII, through its Legal Processing Specialist, Eleanor Suliven. | 10:35 a.m. | 2/8/07 | 130 Merchant St. Suite 1610 Honolulu, Hawaii |

Sheriff's fees: $25.00

Mileage: _____

By: _____
Dennis H. Nakata, Process Server
authorized by Dept. of Public Safety,
State of Hawaii