CYNTHIA A. FARIAS                    #4108
(Email: cynfarias@msn.com)
810 Richards Street, Suite 810
Honolulu, Hawaii 96813
Telephone: (808) 533-8887
Facsimile: (808) 521-2870

TED N. PETTIT                        #4287
(Email: tpettit@caselombardi.com)
ALEXIS M. MCGINNESS                  #8220
Email: amcginness@caselombardi.com)
CASE LOMBARDI & PETTIT
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone: (808) 547-5400
Facsimile: (808) 523-1888

Co-Counsel for Defendant
HARTMANN METALS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00652 HG-BMK <br><br> NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT HARTMANN METALS CORPORATION; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT
<u>HARTMANN METALS CORPORATION</u>

TO:     GREGORY W. KUGLE
        Damon Key Leong Kupchak Hastert
        1001 Bishop Street, Suite 1600
        Honolulu, Hawaii 96813
          Attorney for Plaintiff
          MAERSK, INC.

28430/1/651978.1

2

PLEASE TAKE NOTICE that the law firm of CASE LOMBARDI & PETTIT hereby appears as co-counsel for Defendant HARTMANN METALS CORPORATION in this action.

DATED: Honolulu, Hawaii, February 20, 2007.

/s/ Alexis M. McGinness
TED N. PETTIT
ALEXIS M. MCGINNESS
Co-Counsel for Defendant
HARTMANN METALS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARTMANN METALS CORPORATION,<br><br>    Defendant. | CIVIL NO. 04-00652 HG-BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT HARTMANN METALS CORPORATION was duly served upon the following party on this date via electronic notification as indicated and addressed as set forth below:

> GREGORY W. KUGLE
> gwk@hawaiilawyer.com
> Damon Key Leong Kupchak Hastert
> 1001 Bishop Street, Suite 1600
> Honolulu, Hawaii 96813
>   Attorney for Plaintiff
>   MAERSK, INC.

DATED: Honolulu, Hawaii, February 20, 2007.

> /s/ Alexis M. McGinness
> TED N. PETTIT
> ALEXIS M. MCGINNESS
> Co-Counsel for Defendant
> HARTMANN METALS CORPORATION

28430/1/651978.1

3