Case No. 04-00652 HG-BMK  Maersk v. Hartmann Metals Corporation

# EXHIBIT "2"

## Entries Which Due to Block Billing are Inaccurately Applied to One Phase of Litigation But Are Applicable to Additional Other Phases of Litigation

Entries marked with a "✓" identify those entries considered by HMC to be applied inaccurately to certain phases of the litigation rather than others due to block billing entries.

| | | CASE DEVELOPMENT, BACKGROUND INVESTIGATION AND CASE ADMINISTRATION | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| 10/29/04 | GWK | Formulate strategy re suit against Hartman. | 0.60 | 138.00 |
| 11/08/04 | GWK | Telephone conference with C. Farias, Esq. re meeting; draft email to W. De Voe, Esq. | 0.30 | 69.00 |
| 11/09/04 | GWK | Formulate strategy re meeting with C. Farias, Esq. | 0.10 | 23.00 |
| 11/18/04 | GWK | Conference with C. Farias, Esq.; draft update to Maersk. | 1.60 | 368.00 |
| 11/19/04 | JAD | Telephone conference with C. Farias re rescheduling of meeting per her request. | 0.20 | 36.00 |
| 11/23/04 | GWK | Review emails from W. De Voe, Esq.; telephone conference with W. De Voe; draft correspondence to C. Farias, Esq. | 2.30 | 529.00 |
| 11/23/04 | JAD | Telephone conference with W. De Voe re formulating strategy. | 0.30 | 54.00 |
| 12/01/04 | JAD | Review correspondence from W. De Voe; leave message for P. Lake re same. | 0.20 | 36.00 |
| 12/02/04 | JAD | Telephone conference with P. Lake. | 0.10 | 18.00 |
| 12/02/04 | JAD | Left message for Carlos Sullivan re _____. | 0.10 | 18.00 |
| 12/03/04 | JAD | Review binder from W. De Voe _____. | 1.90 | 342.00 |
| 01/03/05 | JAD | Telephone conference with C. Farias re meeting of the parties. | 0.20 | 36.00 |
| 01/06/05 | JAD | Review and respond to W. De Voe's e-mail correspondence; telephone conference with C. Faris re meeting of parties; formulate discovery for Hartmann. | 1.70 | 306.00 |
| 03/03/05 | GWK | Review and revise correspondence to C. Farias, Esq. | 0.10 | 25.00 |
| 03/14/05 | GWK | Formulate strategy re amounts paid; review emails re same. | 0.40 | 100.00 |
| 03/15/05 | JAD | Review e-mail correspondence from W. De Voe, Esq. re _____. | 0.10 | 18.50 |
| 03/16/05 | JAD | Leave messages with Ms. P. Lake and Mr. C. Sullivan; e-mail re same; strategize re responses to discovery requests; leave message with C. Farias, Esq. re initial disclosures; telephone conference with Ms. Farias re initial disclosures; review correspondence from C. Sullivan and e-mail re same. | 1.40 | 259.00 |
| 03/17/05 | JAD | Telephone conference with Ms. P. Lake re _____; strategize re SOL issue regarding _____; e-mail Mr. C. Sullivan. | 0.80 | 148.00 |
| 03/18/05 | JAD | Respond to e-mail from Ms. P. Lake; strategize re responses to discovery; conduct research re statute of limitations arising under maritime law. | 1.10 | 203.50 |
| 03/18/05 | JAD | Conduct research re statute of limitations. | 0.50 | 92.50 |
| 03/31/05 | JAD | Review e-mail from Ms. P. Lake re _____; strategize re objections to Hartmann's discovery requests. | 0.50 | 92.50 |
| 04/04/05 | JAD | Telephone conference with W. De Voe, Esq. re _____; review correspondence from Ms. P. Lake re _____; telephone conference with C. Farias, Esq. re extension of discovery deadline and rescheduling status conference with Magistrate B. Kurren; e-mail Mr. C. Sullivan re _____. | 2.10 | 388.50 |
| 04/05/05 | JAD | Telephone conference with Mr. C. Sullivan re _____; leave message with Magistrate B. Kurren's office re rescheduling status conference until after discovery responses/documents exchanged; review and respond to correspondence from Ms. P. Lake; review Maersk-Hartmann e-mails from Ms. P. Lake. | 1.20 | 222.00 |

| | | | | |
|---|---|---|---|---|
| 04/06/05 | GWK | Review communication from W. De Voe, Esq. re _____; formulate strategy re same; draft update. | 0.70 | 175.00 |
| 04/06/05 | JAD | Telephone conference with C. Farias, Esq. re rescheduling status conference with Magistrate B. Kurren. | 0.20 | 37.00 |
| 04/12/05 | JAD | Draft correspondence confirming mutual discovery extensions and new status conference date. | 0.30 | 55.50 |
| 04/14/05 | JAD | Review e-mails from Ms. P. Lake re _____. | 1.50 | 277.50 |
| 04/15/05 | JAD | Review e-mails from Ms. P. Lake. | 1.00 | 185.00 |
| 04/20/05 | JAD | Review e-mails from Ms. P. Lake. | 0.50 | 92.50 |
| 04/25/05 | JAD | Telephone conference with Mr. C. Sullivan re _____; review e-mails from Ms. P. Lake. | 1.60 | 296.00 |
| 05/04/05 | JAD | Leave messages for Pam Lake re _____. | 0.20 | 37.00 |
| 05/09/05 | GWK | Telephone conference with W. De Voe, Esq.; review discovery responses; formulate strategy re same; draft correspondence to C. Farias, Esq. re discovery; formulate strategy re _____; draft email to Mr. De Voe re same. | 1.80 | 450.00 |
| 05/10/05 | GWK | Review emails from Maersk Asia offices; telephone conference with P. Lake re _____; draft email to P. Lake and T. Barnes re same. | 1.20 | 300.00 |
| 05/10/05 | JAD | Receive message from P. Lake re _____; conference with GWK re same; telephone conference with P. Lake re same. | 0.50 | 92.50 |
| 05/10/05 | JAD | Review e-mail correspondence from Vivian Zheng re _____. | 0.30 | 55.50 |
| 05/11/05 | GWK | Review email from Maersk Asia re _____; review email from W. De Voe, Esq.; draft email to Mr. De Voe. | 0.10 | 25.00 |
| 05/11/05 | JAD | Correspond with Vivian Zheng re _____. | 0.20 | 37.00 |
| 05/12/05 | JAD | Telephone conference with Hong Kong office re _____. | 0.30 | 55.50 |
| 05/13/05 | GWK | Review communications from Maersk re _____. | 0.30 | 75.00 |
| 05/13/05 | JAD | Telephone conferences with Ms. Luk at Hong Kong Maersk re _____; review documents from P. Lake and C. Sullivan. | 1.60 | 296.00 |
| 05/16/05 | GWK | Review communications from Maersk Asia offices. | 0.30 | 75.00 |
| 05/17/05 | GWK | Review emails from Maersk's Asia offices; review email from W. De Voe, Esq. | 0.30 | 75.00 |
| 05/20/05 | JAD | Telephone conference with C. Farias re discovery deadlines. | 0.30 | 55.50 |
| 05/20/05 | JAD | Review documents from Ms. Pam Lake re _____. | 0.50 | 92.50 |
| 05/21/05 | GWK | Review emails re discovery. | 0.10 | 25.00 |
| 05/31/05 | JAD | Strategize re preparing production of documents; correspond with W. De Voe, Esq. re _____. | 1.00 | 185.00 |
| 06/02/05 | GWK | Conference with C. Farias, Esq. re discovery; telephone call to W. De Voe, Esq. re _____. | 0.90 | 225.00 |
| 06/02/05 | JAD | Outline outstanding discovery issues; telephone conference with C. Farias, Esq. re discovery issues; conference with Ms. Farias re issues to discuss at scheduling conference with Magistrate Kurren. | 1.50 | 277.50 |
| 06/08/05 | GWK | Formulate strategy re mediation. | 0.10 | 25.00 |
| 06/08/05 | JAD | Left message with C. Farias, Esq. re deadline re mutually agreeable mediator; continue reviewing Maersk documents. | 1.80 | 333.00 |
| 06/09/05 | GWK | Formulate strategy re mediation. | 0.10 | 25.00 |
| 06/09/05 | JAD | Telephone conference with Ms. P. Lake re _____; telephone conference with C. Farias, Esq. re agreement to Mr. K. Hunter; left message with Magistrate Kurren's office that parties have agreed to Mr. Hunter as mediator; continue review of notepad entries. | 0.70 | 129.50 |

| 06/10/05 | JAD | Telephone conference with Mr. K. Hunter re availability for mediation; review Maersk documents re identifying key personnel. | 0.80 | 148.00 |
|---|---|---|---|---|
| 06/14/05 | GWK | Formulate strategy re alternate mediator. | 0.10 | 25.00 |
| 06/14/05 | JAD | Strategize re appropriate mediator in this case; telephone conference with Kelly at DPR re availability of Judge Yim. | 0.30 | 55.50 |
| 06/15/05 | JAD | Leave messages for C. Farias, Esq., re agreement upon a mediator and scheduling a date; telephone conference with Ms. Farias re same; telephone conference with Kelly from DPR re rates; telephone conference with Ms. Farias re same and agreement upon Judge Yim as mediator. | 0.70 | 129.50 |
| 06/17/05 | JAD | E-mail W. De Voe, Esq., re _____; telephone conference with Kelly at DPR re Judge Yim's schedule in light of Ms. Austin's availability; leave message for C. Farias, Esq., re revised proposed mediation dates. | 0.50 | 92.50 |
| 06/20/05 | JAD | Strategize re mediation; need for experts. | 0.20 | 37.00 |
| 06/21/05 | JAD | Telephone conference with Kelly at DPR re Judge Yim's schedule for mediation; telephone conference with C. Farias, Esq. re same. | 0.30 | 55.50 |
| 06/22/05 | GWK | Formulate strategy re mediation. | 0.10 | 25.00 |
| 06/23/05 | JAD | Draft transmittal letter to Dispute Prevention Resolution re mediation with Judge Yim on August 26. | 0.10 | 18.50 |
| 07/20/05 | GWK | Telephone conference with W. De Voe, Esq. re _____; formulate strategy re same; telephone conference with DPR re Judge Yim's availability; draft email to Mr. De Voe re _____; review emails re same. | 0.80 | 200.00 |
| 07/21/05 | GWK | Telephone conference with DPR re mediation; telephone conference with C. Farias, Esq. re same; draft emails to W. De Voe, Esq. re _____. | 0.40 | 100.00 |
| 07/26/05 | JAD | Conduct legal research re _____. | 0.70 | 129.50 |
| 07/28/05 | JAD | Leave message for Ms. A. Tarochione re _____. | 0.30 | 55.50 |
| 08/01/05 | GWK | Review email from W. De Voe, Esq.; communicate with office re response to same. | 0.10 | 25.00 |
| 08/01/05 | JAD | Review e-mail from W. De Voe, Esq. and respond to same; telephone conference with C. Farias, Esq. re request to postpone mediation until October. | 1.50 | 277.50 |
| 08/02/05 | JAD | Finalize response to W. De Voe Esq.'s request; e-mail W. De Voe re _____. | 0.80 | 148.00 |
| 08/03/05 | GWK | Formulate strategy re Hartmann's refusal to mediate as agreed. | 0.30 | 75.00 |
| 08/03/05 | JAD | Leave messages for Ms. A. Tarochione from Maersk Houston _____; conduct legal research re _____. | 1.10 | 203.50 |
| 08/04/05 | JAD | Leave message for Ms. A. Tarochione re _____. | 0.10 | 18.50 |
| 08/08/05 | JAD | E-mail W. De Voe, Esq. re _____; telephone conference with C. Farias, Esq. re mediation scheduling. | 0.70 | 129.50 |
| 08/09/05 | JAD | Leave message for Ms. A. Tarochione re _____; telephone conference with Ms. A. Tarochione re _____. | 1.20 | 222.00 |
| 08/10/05 | JAD | Telephone conference with C. Farias, Esq. re mediation and option of status conference with Magistrate Kurren re same; correspond with GWK re same. | 0.30 | 55.50 |
| 08/12/05 | JAD | Review e-mail W. De Voe, Esq. re _____; review correspondence from Mr. De Voe; leave message for C. Farias, Esq. re further discussions re scheduled mediation; strategize re status conference with Magistrate Kurren. | 0.50 | 92.50 |
| 08/15/05 | GWK | Formulate strategy re rescheduling mediation. | 0.20 | 50.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 08/15/05 | JAD | Review correspondence from W. De Voe, Esq. re _____; leave message with Ms. A. Tarochione re _____. | 0.40 | 74.00 |
| 08/16/05 | GWK | Formulate strategy re mediation scheduling and status conference with Judge Kurren; draft update to W. De Voe, Esq. | 0.10 | 25.00 |
| 08/16/05 | JAD | Conference with GWK re status conference with Magistrate Kurren; leave message with C. Farias, Esq. re same; conference with C. Farias re scheduling status conference with Magistrate Kurren re mediation; left message with Magistrate Kurren's chambers re request for status conference re mediation scheduling; telephone conference with Magistrate Kurren's chambers re same; leave message with C. Farias, Esq. re Magistrate Kurren's request for a one-page letter prior to the status conference. | 1.10 | 203.50 |
| 08/17/05 | GWK | Review and revise correspondence to Judge Kurren re mediation. | 0.30 | 75.00 |
| 08/17/05 | JAD | Draft letter to Magistrate Kurren re summarizing relevant facts and asking him to order mediation be conducted on the date to which it was agreed; leave message with A. Tarochione re _____. | 1.10 | 203.50 |
| 08/22/05 | GWK | Review email from W. De Voe, Esq. re _____; formulate strategy re same. | 0.20 | 50.00 |
| 08/23/05 | GWK | Review emails from W. De Voe, Esq. and Ms. R. Austin re _____; telephone conference with Ms. K. Bryant of DPR re Judge Yim's availability. | 0.40 | 100.00 |
| 08/23/05 | JAD | Review correspondence from W. De Voe, Esq. _____. | 4.10 | 758.50 |
| 08/29/05 | GWK | Communicate with W. De Voe, Esq. re _____. | 0.10 | 25.00 |
| 08/30/05 | JAD | Telephone conference with C. Farias, Esq. about Judge Yim's available dates in October and November. | 0.10 | 18.50 |
| 08/31/05 | GWK | Review Scheduling Order and mediation status; telephone conference with W. De Voe, Esq. and Ms. R. Austin re _____. | 1.40 | 350.00 |
| 08/31/05 | JAD | Review correspondence, memorandum and attachments from W. De Voe, Esq., _____; telephone conference with W. De Voe, Esq. and Ms. Rose Austin re _____. | 1.00 | 185.00 |
| 09/06/05 | GWK | Obtain mediation date from Judge Yim. | 0.20 | 50.00 |
| 09/08/05 | JAD | Left message for C. Farias, Esq. re confirming 11/2 mediation date. | 0.10 | 18.50 |
| 09/12/05 | JAD | Review e-mail from Ms. P. Lake. | 0.10 | 18.50 |
| 09/13/05 | JAD | Respond to e-mail from Ms. P. Lake; leave message for A. Tarochione (Houston) re same. | 0.20 | 37.00 |
| 09/29/05 | JAD | Leave message for Ms. A. Tarochione re _____. | 0.10 | 18.50 |
| 10/04/05 | JAD | Check on status of substantiating information for note book. | 0.40 | 74.00 |
| 10/11/05 | JAD | Review correspondence between Maersk (Houston, Pam Lake) and H. Hartmann in contemplation of mediation brief. | 2.30 | 425.50 |
| 10/24/05 | JAD | Conference with Ms. P. Lake _____; leave messages for Ms. R. Austin re _____; telephone conference with W. De Voe, Esq. re _____; transmit revised draft to Mr. De Voe and Ms. Austin for review and comment. | 8.80 | 1,628.00 |
| 10/27/05 | GWK | Review exhibits; prepare for mediation. | 0.80 | 200.00 |
| 10/28/05 | JAD | Telephone conference with C. Farias Esq. re deposition of Mr. H. Hartmann on 11/11; e-mail W. De Voe, Esq. re _____. | 0.30 | 55.50 |
| 10/31/05 | JAD | Leave messages with Maersk help desk in Houston; draft letter re deposition dates for Mr. Hartmann; review voicemail from Ms. A. Tarochione re _____; review _____ from W. De Voe, Esq.; telephone conference with Mr. De Voe re _____; conference with GWK re _____. | 1.90 | 351.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/05 | GWK | Conference with Ms. R. Austin and W. De Voe, Esq. re _____; telephone call to C. Farias, Esq. re mediation briefs; review Hartmann's mediation brief; formulate strategy re mediation. | 3.40 | 850.00 |
| 11/01/05 | JAD | Conference with W. De Voe, Esq. and Ms. R. Austin re _____; telephone conference with P. Lake re _____; review Hartmann Metal's mediation statement. | 3.80 | 703.00 |
| 11/03/05 | GWK | Telephone conference with W. De Voe, Esq. and Ms. R. Austin re _____; draft correspondence to C. Farias, Esq. re discovery. | 1.20 | 300.00 |
| 11/17/05 | EMK | Prepare for Mr. Kugle copies of documents produced by Ms. D. Matsumura during oral deposition | 0.50 | 47.50 |
| 11/18/05 | GWK | Telephone conference with C. Farias, Esq. re settlement offer; telephone conference with  W. De Voe, Esq. re _____. | 0.90 | 225.00 |
| 11/18/05 | GWK | Telephone conference with W. De Voe, Esq. re _____. | 0.40 | 100.00 |
| 11/22/05 | GWK | Draft Settlement Conference Statement to Magistrate Kurren; draft email to W. De Voe, Esq. re _____. | 2.20 | 550.00 |
| 11/23/05 | GWK | Review and revise correspondence to Judge Kurren re settlement conference; telephone conference with W. De Voe, Esq. re _____. | 0.30 | 75.00 |
| 11/29/05 | GWK | Draft status report to Ms. R. Austin; review email from W. De Voe, Esq. re _____; respond to same. | 0.50 | 125.00 |
| 12/5/2005 | GWK | Review settlement offer from Mr. H. Hartmann; draft email to Ms. R. Austin; review response. | 0.3 | 75 |
| 12/9/2005 | EMK | Prepare work copy of condensed depositions of Hartmann and Forrest for Mr. Dumlao. | 0.2 | 19 |
| 12/12/2005 | EMK | Telephone conference calls to Rosenberg Reporters following up on depositions of Matsumura and Jean Hartmann; conference with Mr. Dumlao re deposition of Jean Hartmann. | 0.3 | 28.5 |
| 12/13/2005 | EMK | Receive and review deposition of Dora Matsumura; prepare working copies for Mr. Kugle & Mr. Dumlao; update discovery status report and file; prepare work copies of all deposition exhibits filed to date, and file in binder for Mr. Dumlao's review. | 1.3 | 123.5 |
| 12/13/2005 | GWK | Draft correspondence to C. Farias, Esq. re settlement. | 0.1 | 25 |
| 12/16/2005 | JAD | Telephone conference with Julio Torres at Maersk re _____. | 0.6 | 111 |
| 12/22/2005 | JAD | Consult with W. De Voe, Esq. re _____; revise initial draft of concise statement of facts; telephone conference with Mr. De Voe and Mr. Barn's assistant, Chatana re _____. | 1.4 | 259 |
| 1/23/2006 | GWK | Draft e-mail to W. De Voe, Esq. re _____; draft e-mail to Ms. P. Lake re _____. | 0.1 | 25 |
| 2/8/2006 | GWK | Review message from Judge Gillmor's chambers re failure of Defendant to file Seperate and Concise Statement of Fact. | 0.2 | 52 |
| 2/28/2006 | GWK | Telephone call to C. Farias, Esq. | 0.1 | 26 |
| 3/2/2006 | GWK | Telephone call to C. Farias, Esq. | 0.1 | 26 |
| 3/7/2006 | GWK | Telephone conference with C. Farias, Esq. re settlement. | 0.9 | 234 |
| 3/8/2006 | GWK | Telephone conference with D. Rosen, Esq. re settlement and Jade Alliance claims; draft status update to Maersk. | 0.8 | 208 |
| 3/9/2006 | GWK | Review e-mail from W. De Voe, Esq.; telephone call to Mr. De Voe. | 0.2 | 52 |
| 3/15/2006 | GWK | draft email to Mr. De Voe; formulate strategy re status conference with Magistrate Kurren. | 0.7 | 182 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/2006 | GWK | Formulate strategy re settlement conference; telephone call to C. Farias, Esq. | 0.4 | 104 |
| 4/3/2006 | GWK | Review email from W. De Voe, Esq. re _____; draft reply; telephone conference with C. Farias, Esq. re status. | 0.2 | 52 |
| 4/4/2006 | EMK | Research federal and state dockets _____. | 0.7 | 66.5 |
| 4/4/2006 | GWK | Telephone conference with Ms. R. Austin and W. De Voe, Esq. re _____; formulate strategy re same. | 0.6 | 156 |
| 4/5/2006 | GWK | Review email from Ms. R. Austin re _____. | 0.1 | 26 |
| 4/10/2006 | GWK | Telephone conference with W. De Voe, Esq. re _____; telephone conference with C. Farias, Esq. re settlement (2x). | 1.6 | 416 |
| 4/13/2006 | GWK | Review communications from W. De Voe, Esq. and Mr. M. Atkins re _____; telephone conference with Mr. De Voe re same; review communications from Hartmann re settlement; draft, review and revise confidential settlement statement for Judge Kurren. | 1.2 | 312 |
| 4/17/2006 | GWK | Telephone conference with Mr. M. Atkins re _____. | 0.3 | 78 |
| 4/18/2006 | GWK | Draft status update to W. De Voe, Esq. and Mr. M. Atkins. | 0.3 | 78 |
| 4/25/2006 | GWK | Review e-mail from W. De Voe, Esq. re _____. | 0.2 | 52 |
| 5/1/2006 | GWK | Follow up with W. De Voe, Esq. re _____. | 0.1 | 26 |
| 5/2/2006 | GWK | Review emails from W. De Voe, Esq. and Mr. M. Atkins; draft demand letter to Hartmann Metal Co. and conduct legal research re _____. | 1.3 | 338 |
| 5/2/2006 | TKFL | Conduct legal research re _____. | 2.6 | 286 |
| 5/3/2006 | GWK | Telephone conference with C. Farias, Esq. re settlement demand. | 0.3 | 78 |
| 5/3/2006 | GWK | Review legal research re _____. | 0.3 | 78 |
| 5/3/2006 | MMM | Review file and correspondence. | 0.2 | 40 |
| 5/3/2006 | TKFL | Conduct further legal research re _____ (NO CHARGE). | 0 | 0 |
| 5/4/2006 | TKFL | Conduct legal research whether _____. | 2.1 | 231 |
| 5/5/2006 | GWK | Draft correspondence to Judge B. Kurren re status of settlement discussions. | 0.2 | 52 |
| 5/18/2006 | GWK | Review correspondence from C. Farias, Esq. re settlement; formulate strategy re same; review email from W. De Voe, Esq.; respond to same; telephone call to Mr. De Voe; draft email to Ms. P. Lake re _____; telephone conference with Ms. Lake re same. | 0.9 | 234 |
| 5/25/2006 | GWK | Telephone conference with C. Farias, Esq. re offer to stipulate to judgment; draft status update to Maersk re same. | 0.2 | 52 |
| 6/19/2006 | GWK | Review e-mail from W. De Voe, Esq. re _____; respond to same. | 0.1 | 26 |
| 6/30/2006 | GWK | Draft email to Ms. P. Lake re _____; review response; draft email to W. De Voe, Esq. re _____. | 0.1 | 26 |
| 7/10/2006 | GWK | Review emails from W. De Voe, Esq. re _____; draft Plaintiff's Final Pretrial Statement. | 1.8 | 468 |
| 7/14/2006 | GWK | Review email from W. De Voe, Esq. to Mr. M. Atkins re _____. | 0.2 | 52 |
| 7/31/2006 | GWK | Review email from Judge Kurren's courtroom deputy re stipulated judgment; telephone call to C. Farias, Esq. re same. | 0.2 | 52 |
| 8/1/2006 | GWK | Telephone call from C. Farias, Esq.; telephone call to Ms. Farias; review e-mail from Judge Kurren's Courtroom Deputy re stipulated judgment. | 0.1 | 26 |
| 8/2/2006 | GWK | Draft, review and revise correspondence to C. Farias, Esq. re stipulated judgment. | 0.5 | 130 |
| 8/8/2006 | GWK | Review communication from Mr. M. Atkins re _____; respond to same; review email from W. De Voe, Esq. re _____; formulate strategy re Stipulated Judgment; draft correspondence to Magistrate B. Kurren re pretrial conference. | 1.1 | 286 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/9/2006 | GWK | Review and respond to inquiry from Mr. M. Atkins. | 0.1 | 26 |
| 8/14/2006 | GWK | Review correspondence from C. Farias, Esq. re offer to stipulate to judgment; formulate strategy re same; draft update to Mr. M. Atkins re _____. | 0.8 | 208 |
| 8/15/2006 | GWK | Review communication from Mr. M. Atkins re _____; draft response to same; review e-mail from W. De Voe, Esq. re _____. | 0.6 | 156 |
| 8/17/2006 | GWK | Review email from W. De Voe, Esq. re _____; respond to same. | 0.1 | 26 |
| 8/22/2006 | GWK | Formulate strategy re _____; draft, review and revise Stipulation Regarding Judgment. | 0.7 | 182 |
| 8/23/2006 | GWK | Draft e-mail to C. Farias, Esq.; transmit Stipulation re Judgment. | 0.1 | 26 |
| 8/28/2006 | GWK | Telephone call to C. Farias, Esq. re Stipulation. | 0.1 | 26 |
| 8/29/2006 | GWK | Review status of execution of Stipulation re Judgment; telephone call to C. Farias, Esq. re same; draft correspondence to Ms. Farias re Stipulation. | 0.3 | 78 |
| 8/30/2006 | GWK | Telephone conference with C. Farias, Esq. re form of Stipulation re Judgment; review and revise Stipulation re Judgment. | 0.4 | 104 |
| 8/31/2006 | GWK | Telephone conference with C. Farias, Esq. re form of Stipulation. | 0.2 | 52 |
| 9/1/2006 | GWK | Review email from C. Farias, Esq. re form of stipulation; respond to same. | 0.2 | 52 |
| 9/5/2006 | GWK | Review Stipulation re Judgment | 0.1 | 26 |
| 9/6/2006 | GWK | Review and execute Stipulation re Judgment; telephone conference with Magistrate Kurren's Courtroom Deputy re Stipulation; telephone call to Judge Gillmor's Courtroom Deputy re same. | 0.2 | 52 |
| 9/8/2006 | GWK | Telephone conference with Mr. D. Hisashima of Judge Gillmor's office re stipulation | 0.1 | 26 |
| 9/11/2006 | GWK | Review status of Stipulation re Judgment; draft update to Maersk, Inc. re _____. | 0.2 | 52 |
| 9/19/2006 | GWK | Review email from C. Farias, Esq. re attorneys' fees. | 0.1 | 26 |
| 9/20/2006 | GWK | Review settlement offer from C. Farias, Esq.; formulate strategy re same; communicate with Maersk re _____; review communication re _____. | 0.5 | 130 |
| 9/21/2006 | GWK | Review email from Maersk re _____. | 0.1 | 26 |
| 9/22/2006 | GWK | Communicate with W. De Voe, Esq. re _____; draft correspondence to C. Farias, Esq. re settlement offer. | 0.2 | 52 |
| 9/25/2006 | GWK | Update Maersk re _____. | 0.1 | 26 |
| 9/26/2006 | GWK | Review emails from Mr. M. Atkins and W. De Voe, Esq. re _____; draft correspondence to C. Farias, Esq. re same. | 0.2 | 52 |
| 10/4/2006 | GWK | Review email from W. De Voe, Esq. re _____; reply to same. | 0.2 | 52 |
| 10/19/2006 | GWK | Telephone call from C. Farias, Esq. re briefing. | 0.1 | 26 |
| 10/31/2006 | GWK | Formulate strategy re entry of judgment; telephone conference with Judge Gillmor's chambers re same. | 0.2 | 52 |
| 10/31/2006 | TKFL | Contact Judge Gillmor's law clerk regarding issuance of form of judgment | 0.1 | 13 |
| 11/1/2006 | GWK | Provide _____ to Maersk. | 0.1 | 26 |
| | | **TOTAL** | **119.80** | **24717.00** |

### PLEADINGS

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/27/04 | GWK | Review documents; formulate strategy re complaint; telephone conference with W. De Voe, Esq. | 2.10 | 483.00 |
| 10/27/04 | JAD | Review file in contemplation of drafting complaint to recover ocean freight. | 0.50 | 90.00 |
| 10/28/04 | JAD | Prepare initial draft of complaint. | 0.50 | 90.00 |
| 10/29/04 | JAD | Continue drafting complaint; conduct legal research re _____. | 2.00 | 360.00 |
| 11/01/04 | GWK | Review and revise Complaint. | 0.40 | 92.00 |
| 11/01/04 | JAD | Finalize draft of complaint for W. De Voe's review; convert to pdf format and email to W. De Voe for comment; review said comments and finalize re same. | 0.80 | 144.00 |
| 11/03/04 | JAD | Reviewed correspondence re service of the complaint. | 0.20 | 36.00 |
| 11/18/04 | JAD | Conference with Cynthia Farias re issues concerning the complaint filed against Hartmann Metals; draft note to file memorializing same. | 1.60 | 288.00 |
| 11/24/04 | JAD | Telephone conference with C. Farias re her request for an extension to file answer; e-mail W. De Voe re _____. | 0.30 | 54.00 |
| 11/30/04 | JAD | Telephone conference with C. Farias re filing answer and focus of their approach to this matter; telephone conference with W. De Voe re ____; draft e-mail to W. De Voe re telephone conference with C. Farias. | 2.20 | 396.00 |
| | | **TOTAL** | **10.60** | **2033.00** |

**INTERROGATORIES, DOCUMENT PRODUCTION, AND OTHER WRITTEN DISCOVERY**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/04 | JAD | Formulate and strategize re discovery. | 0.40 | 72.00 |
| 12/16/04 | JAD | Prepare discovery requests; telephone conference with W. De Voe re _____. | 1.30 | 234.00 |
| 12/22/04 | JAD | Prepare initial draft of discovery requests for Hartmann Metals. | 1.10 | 198.00 |
| 12/28/04 | JAD | Continue formulating discovery requests. | 0.40 | 72.00 |
| 01/04/05 | JAD | Strategize re meeting of parties contemplated by local rules prior to scheduling conference; fax order re scheduling conference to C. Farias per her request; strategize discovery requests. | 0.40 | 72.00 |
| 01/07/05 | JAD | Continue formulating discovery requests. | 1.10 | 198.00 |
| 01/10/05 | JAD | Strategize re Rule 35 meeting of parties and discovery parameters re same; telephone conference with C. Farias re meeting parameters re same; telephone conference with C. Farias re meeting of parties and set discovery plan re Rule 35; formulate requests for production of documents. | 1.80 | 324.00 |
| 01/11/05 | JAD | Continue formulating discovery requests. | 0.80 | 144.00 |
| 01/12/05 | JAD | Prepare initial draft of the report of the parties. | 0.50 | 90.00 |
| 01/13/05 | JAD | Continue preparing report meeting of the parties; continue preparing discovery requests. | 1.20 | 216.00 |
| 01/14/05 | GWK | Review and revise Discovery Report. | 0.30 | 69.00 |
| 01/14/05 | JAD | Finalize report of parties; continue developing discovery requests. | 1.40 | 252.00 |
| 01/18/05 | JAD | Begin preparing initial draft of scheduling conference statement; continue drafting discovery requests. | 0.80 | 144.00 |
| 01/19/05 | JAD | Draft scheduling conference statement. | 0.60 | 108.00 |
| 01/20/05 | GWK | Review and revise Scheduling Conference Statement. | 0.20 | 46.00 |
| 01/20/05 | JAD | Revise scheduling conference statement; finalize same. | 0.20 | 36.00 |
| 02/10/05 | JAD | Prepare initial draft of _____; telephone conference with Pam Lake re same; revise and finalize same per GWK's comments. | 1.50 | 277.50 |
| 02/18/05 | JAD | Revise discovery requests. | 1.50 | 277.50 |
| 02/23/05 | GWK | Review and revise discovery requests; formulate strategy re discovery. | 0.60 | 150.00 |
| 02/23/05 | JAD | Review and revise discovery requests. | 1.90 | 351.50 |
| 02/24/05 | JAD | Continue revising discovery requests. | 0.60 | 111.00 |
| 02/28/05 | GWK | Review and revise discovery requests. | 0.20 | 50.00 |
| 02/28/05 | JAD | Transmit draft discovery requests to W. De Voe for review; draft correspondence to Mr. De Voe re same. | 0.50 | 92.50 |
| 03/01/05 | JAD | Telephone conference with W. De Voe, Esq. re _____; e-mail re Mr. De Voe re _____; revise discovery requests per Mr. De Voe's comments. | 1.40 | 259.00 |
| 03/03/05 | JAD | Revise discovery requests; draft cover letter re responses. | 1.20 | 222.00 |
| 03/14/05 | JAD | Review discovery requests from Hartmann; review e-mail correspondence from W. De Voe, Esq; reply to same; leave message with C. Farias, Esq. re initial discovery; strategize re potential SOL issues _____. | 1.00 | 185.00 |
| 03/21/05 | JAD | Prepare initial responses to discovery requests. | 1.60 | 296.00 |
| 03/23/05 | JAD | E-mail Mr. C. Sullivan and Ms. P. Lake re _____; review e-mail correspondence from W. De Voe, Esq. re _____; continue preparing draft of discovery responses. | 1.50 | 277.50 |

| 03/24/05 | JAD | Telephone conferences with C. Farias, Esq. re rescheduling review of initial disclosures until tomorrow; continue preparing draft of discovery responses. | 1.60 | 296.00 |
|---|---|---|---|---|
| 03/25/05 | JAD | Review initial disclosures at C. Faria, Esq.'s office. | 1.30 | 240.50 |
| 03/30/05 | JAD | Review e-mail correspondence from C. Sullivan and P. Lake re _____; review initial disclosures from C. Farias, Esq.'s office; strategize re objections re same. | 0.90 | 166.50 |
| 04/01/05 | GWK | Review email from W. De Voe, Esq. re parties; review draft discovery responses. | 0.40 | 100.00 |
| 04/01/05 | JAD | Telephone conferences with Ms. P. Lake and Mr. C. Sullivan re _____; review draft answers to Request for Answers to Interrogatories from Ms. P. Lake; e-mail W. De Voe, Esq. re _____. | 1.00 | 185.00 |
| 04/04/05 | GWK | Formulate strategy re discovery responses; telephone conference with W. De Voe, Esq. re _____; review discovery status. | 1.10 | 275.00 |
| 04/26/05 | JAD | Conference with Mr. C. Sullivan re _____; review documents produced by Mr. C. Sullivan. | 2.30 | 425.50 |
| 04/27/05 | JAD | Review documents from Mr. C. Sullivan. | 1.00 | 185.00 |
| 04/29/05 | JAD | Continue review files produced by Mr. C. Sullivan. | 0.80 | 148.00 |
| 05/05/05 | JAD | Review e-mail from Ms. Lake re _____; review documents from Ms. Lake and Mr. Sullivan in contemplation of production. | 0.40 | 74.00 |
| 05/06/05 | GWK | Formulate strategy re discovery responses. | 0.40 | 100.00 |
| 05/06/05 | JAD | Strategize re production of documents and draft response to answers to Hartmann's interrogatories. | 2.20 | 407.00 |
| 05/09/05 | JAD | Continue reviewing discovery responses and prepare draft of same;revise same; telephone conference with Ms. Vivian Zheng re _____. | 3.80 | 703.00 |
| 05/16/05 | JAD | Continue reviewing documents in contemplation of production; review e-mail from Ms. Luk (Hong Kong); left messages for Ms. Lin (Maersk Shanghai). | 0.90 | 166.50 |
| 05/17/05 | JAD | Review correspondence from Ms. Luk; e-mail same re further information; continue reviewing documents in contemplation of discovery. | 1.20 | 222.00 |
| 05/18/05 | JAD | Attempt to contact Ms. Lin (Maersk Shanghai) re _____; continue reviewing documents and revising discovery responses. | 1.50 | 277.50 |
| 05/19/05 | JAD | Review documents from Ms. P. Lake, Mr. C. Sullivan and correspondence with Ms. Luk from Hong Kong; e-mail W. De Voe re _____; revise proposed responses to discovery; telephone conference with C. Farias re discovery responses. | 2.00 | 370.00 |
| 05/23/05 | JAD | Continue revising discovery responses. | 2.60 | 481.00 |
| 05/24/05 | JAD | Continue reviewing documents from P. Lake and C. Sullivan _____; revise responses in light of same; _____. | 2.30 | 425.50 |
| 05/25/05 | GWK | Review and revise discovery responses; _____. | 0.90 | 225.00 |
| 05/25/05 | JAD | Revise discovery responses _____; continue reviewing Maersk documentation and documentation from C. Sullivan in anticipation of discovery; telephone conference with P. Lake re _____; telephone conference with C. Farias, Esq. re delinquency of Hartmann's discovery responses; review Hartmann's discovery responses; transmit same to W. De Voe, Esq. for review and comment. | 3.50 | 647.50 |

| 05/26/05 | JAD | Further revise discovery responses _____; e-mail Ms. P. Lake re _____; review materials from C. Sullivan in anticipation of forthcoming production of documents; reply to e-mail from W. De Voe, Esq. re _____; telephone conference w/ C. Farias, Esq. re discovery of Maersk documents; review correspondence from Ms. P. Lake; leave message for Mr. C. Sullivan. | 2.90 | 536.50 |
|---|---|---|---|---|
| 05/27/05 | JAD | Finalize responses to Hartmann's first request for answers to interrogatories and first request for production of documents; telephone conference with C. Sullivan. | 2.10 | 388.50 |
| 05/30/05 | JAD | Review of documents in anticipation of production. | 4.30 | 795.50 |
| 05/31/05 | EMK | Prepare client documents for production. | 0.50 | 47.50 |
| 06/01/05 | EMK | Work on client documents redacting attorney-client communication, and preparing same for production to Cynthia Farias, Esq. | 3.60 | 342.00 |
| 06/01/05 | JAD | Review Maersk documents in contemplation of producing same to counsel for Hartmann. | 1.90 | 351.50 |
| 06/02/05 | EMK | Complete redacting privileged communications from client documents; prepare copies of redacted documents; number-stamp all client documents; prepare file of client documents for production to Cynthia Faris, Esq. | 3.30 | 313.50 |
| 06/03/05 | EMK | Make arrangements with Island Printing to copy Maersk documents for Cynthia Farias, Esq.; prepare transmittal. | 0.20 | 19.00 |
| 06/07/05 | JAD | Review notations in the Maersk notebook and work on ascertaining identity of key personnel to contact re transactions with Mr. Hartmann. | 0.80 | 148.00 |
| 07/15/05 | JAD | Review notepad and other Maersk documents re disputed bills of lading. | 1.10 | 203.50 |
| 07/18/05 | JAD | Telephone conference with C. Farias, Esq. re production of supplemental documents. | 0.20 | 37.00 |
| 07/19/05 | JAD | Review documents produced by C. Farias, Esq. at her offices and designate which documents we needed. | 1.60 | 296.00 |
| 07/20/05 | JAD | Review supplemental document production from Hartmann. | 0.90 | 166.50 |
| 07/21/05 | JAD | Review supplemental production from C. Farias, Esq.; strategize re mediation brief; leave message for P. Lake re _____. | 2.50 | 462.50 |
| 07/22/05 | JAD | Review notebook tracking communications between Maersk personnel and Hartmann re disputed shipments; review supplemental documentation provided by Hartmann. | 2.60 | 481.00 |
| 07/29/05 | JAD | Leave message for Ms. A. Tarochione re _____; continue reviewing Hartmann's supplemental production. | 1.00 | 185.00 |
| 07/30/05 | JAD | Continue reviewing case law re _____; review supplemental production by Hartmann. | 1.20 | 222.00 |
| 11/03/05 | JAD | Leave message for Ms. A. Tarchione (Maersk Houston); retrieve summary of accounts for GWK; retrieve address/information for Dora Matsumura in contemplation of issuing subpoena; review notices of depositions for Hanni, Jean and Jeff; review asset search re Hartmann; prepare initial draft of subpoena for Dora Matsumura; telephone conference with Ms. Tarchione re _____; e-mail GWK re _____; strategize re conversion of mediation brief to one for summary judgment. | 2.90 | 536.50 |
| 11/14/05 | EMK | Prepare notice of taking deposition upon written interrogatories and subpoena duces tecum to Custodian of Records, Bank of Hawaii. | 0.50 | 47.50 |

| | | | | |
|---|---|---|---|---|
| 11/30/05 | JAD | Draft letter to C. Farias, Esq. re revised scope of the subpoena on Bank of Hawaii; left message for Ms. E. Sullivan at Bank or Hawaii re same; strategize | 1.90 | 351.50 |
| 12/5/2005 | JAD | Telephone conference with Ms. Sullivan at BOH and revise subpoena duces tecum re BOH re same. | 0.6 | 111 |
| 12/14/2005 | EMK | Receive and review Bank of Hawaii records; update discovery status report; prepare label & file. | 0.3 | 28.5 |
| 12/15/2005 | EMK | Review Bank of Hawaii records for evidence of wire transfers or payments to Maersk. | 1.4 | 133 |
| 12/15/2005 | JAD | Begin reviewing documents subpoenaed from Bank of Hawaii. | 0.7 | 129.5 |
| 1/25/2006 | JAD | Review correspondence from C. Farias, Esq. re subpoena and strategize re reply to same. | 0.6 | 111 |
| 1/30/2006 | JAD | Review Bank of Hawaii documents produced pursuant to Subpoena. | 0.3 | 55.5 |
| 1/31/2006 | JAD | Prepare initial draft of response; continue reviewing documents produced by Bank of Hawaii. | 1 | 185 |
| | | **TOTAL** | **99.00** | **17629.50** |

| | | DEPOSITIONS | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 11/02/05 | EMK | Conference re scheduling depositions; draft form of notices. | 0.30 | 28.50 |
| 11/04/05 | EMK | Prepare notice of oral deposition and subpoena duces tecum for Dora Matsumura; e-mail notice to Rosenberg Court Reporters. | 0.50 | 47.50 |
| 11/09/05 | JAD | Telephone conference with Ms. A. Tarochiane re _____; review exhibits in contemplation of preparing for upcoming depositions of Hartmann Metals. | 1.90 | 351.50 |
| 11/10/05 | JAD | Prepare exhibits and formulate strategy re upcoming depositions of Mr. H. Hartmann; review e-mail from Richlyn re conference with Judge Kurren. | 2.20 | 407.00 |
| 11/11/05 | JAD | Prepare exhibits and strategize re upcoming depositions of Messers. H. Hartmann, J. Forrest, Ms. J. Hartmann, and Ms. D. Matsumura. | 3.20 | 592.00 |
| 11/14/05 | GWK | Prepare for Hartmann deposition; telephone conference with C. Farias, Esq. re scheduling. | 2.90 | 725.00 |
| 11/14/05 | JAD | Prepare for deposition of Mr. Hartmann; telephone conference with C. Farias; Esq. re Mr. Hartmann's deposition; conference re same. | 1.60 | 296.00 |
| 11/15/05 | EMK | Revise court documents for Bank of Hawaii deposition on written questions; e-mail revised notice to Rosenberg Reporters. | 0.50 | 47.50 |
| 11/15/05 | GWK | Prepare for and take deposition of Mr. H. Hartmann; prepare for deposition of Mr. J. Forrest and Ms. J. Hartmann; draft update to Ms. R. Austin and W. De Voe, Esq.; review correspondence re scope of subpoena on Bank of Hawaii; draft settlement communication to C. Farias, Esq. | 10.30 | 2,575.00 |
| 11/15/05 | JAD | Draft scope of subpoena duces tecum for Bank of Hawaii ("BOH"); prepare for deposition of Mr. Hartmann; draft affidavit re Jean Hartmann; draft letter limiting scope of subpoena upon Bank of Hawaii; telephone conference with Ms. E. Sullivan from BOH re same; conference with GWK re scope; leave message for Ms. Sullivan re same. | 2.20 | 407.00 |
| 11/16/05 | JAD | Telephone conference with Ms. E. Sullivan re production of Hartmann Metal Corporation statements; telephone conference with C. Farias, Esq. re scope of subpoena upon Bank of Hawaii; conference with GWK re same; draft letter re amendment to scope of subpoena; review documents from C. Sullivan in preparation for deposition of Dora Matsumura; e-mail GWK re same. | 2.50 | 462.50 |
| 11/16/05 | GWK | Prepare for and take depositions of Mr. J. Forrest and Mr. H. Hartmann; prepare for deposition of Ms. D. Matsumura. | 7.40 | 1,850.00 |
| 11/17/05 | GWK | Prepare for and take deposition of Ms. D. Matsumura; draft email to W. De Voe, Esq. and Ms. R. Austin re _____; review correspondence from C. Farias, Esq. re settlement. | 3.70 | 925.00 |
| 12/7/2005 | EMK | Continue work on organizing client documents, and attorney notes and e-mail for correspondence file; update discovery status log with incoming deposition transcripts; load diskettes onto Retriever program; prepare deposition notebook. | 1.3 | 123.5 |
| 12/7/2005 | JAD | Begin reviewing volume 1 of deposition of Hanni Hartmann [no charge]. | 0.9 | 0 |
| 12/8/2005 | JAD | Continue reviewing deposition transcript of Hanni Hartmann in contemplation of motion for partial summary judgment; review Jeff Forrest's deposition transcript [no charge]. | 2.2 | 0 |
| 12/11/2005 | JAD | Review Hanni Hartmann's deposition, volume II, and Jeff Forrest's deposition [no charge]. | 1.1 | 0 |

| | | | | |
|---|---|---|---|---|
| 12/16/2005 | JAD | Continue reviewing depositions of Hanni Hartmann, Jeff Forest, and Dora Matsumura [no charge]. | 1.9 | 0 |
| 12/17/2005 | JAD | Continue reviewing depositions of Dora Matsumura and Hanni Hartmann; continue preparing initial draft of motion for partial summary judgment and declarations re same [no charge]. | 1.8 | 0 |
| 1/12/2006 | EMK | Pull deposition exhibits for Hartmann and Matsumura for Mr. Kugle's review; refile discovery records for Mr. Dumlao. | 0.2 | 19 |
| 1/25/2006 | EMK | Prepare copy of Hartmann depo for transmittal to Ms. R. Austin. | 0.5 | 47.5 |
| 2/8/2006 | EMK | Receive and file original deposition transcripts noticed by Maersk for trial of this matter. | 0.3 | 28.5 |
| | | **TOTAL** | **49.40** | **8933.00** |

**MOTIONS PRACTICE**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/11/05 | JAD | Continue reviewing case law research in contemplation of drafting mediation statement. | 1.70 | 314.50 |
| 08/18/05 | JAD | Continue conducting legal research re mediation brief. | 1.90 | 351.50 |
| 08/22/05 | JAD | Review correspondence from W. De Voe, Esq. re _____; continue conducting legal research in contemplation of mediation brief. | 2.80 | 518.00 |
| 08/24/05 | JAD | Leave message for A. Tarochione re _____; leave message for Ms. M. Gilbreth (Maersk Houston) Gilbreath re _____; continue formulating issues and research for mediation brief. | 3.50 | 647.50 |
| 08/25/05 | JAD | Continue preparing initial draft of the mediation brief. | 2.40 | 444.00 |
| 08/26/05 | JAD | Continue preparing initial draft of mediation brief. | 0.80 | 148.00 |
| 09/02/05 | JAD | Conduct legal research re _____. | 0.50 | 92.50 |
| 10/05/05 | JAD | Review e-mail from GWK re _____; follow up with W. De Voe, Esq. re same; leave message with Ms. K. Bryant of DPR re deposit; conduct further legal research on _____. | 2.70 | 499.50 |
| 10/06/05 | JAD | Continue conducting legal research re mediation brief; review correspondence from W. De Voe, Esq.; transmit deposit check and W-9 form to DPR; e-mail Mr. De Voe re same. | 0.80 | 148.00 |
| 10/14/05 | JAD | Review documents from Carlos Sullivan and Pam Lake re _____; continue conducting legal research re _____. | 0.90 | 166.50 |
| 10/18/05 | JAD | Review documents between Maersk and Hartmann in contemplation of drafting mediation brief. | 3.10 | 573.50 |
| 10/19/05 | JAD | Review documents between Maersk and Hartmann Metals; prepare initial draft of points of law section of mediation brief. | 3.50 | 647.50 |
| 10/20/05 | JAD | Telephone conference with Maersk offices and P. Lake re _____; prepare initial draft of factual background portion of mediation brief and continue reviewing Maersk and Hartmann Metal documents re same. | 2.90 | 536.50 |
| 10/21/05 | JAD | Telephone conference with Ms. P. Lake re _____; telephone conference with Ms. R. Austin re _____; leave messages with various individuals in the Maersk Shanghai office; continue preparing initial draft of mediation brief. | 5.90 | 1,091.50 |
| 10/22/05 | JAD | Continue reviewing Maersk and Hartmann documents and continue preparing draft of mediation statement. | 8.20 | 1,517.00 |
| 10/23/05 | JAD | Continue preparing draft of mediation statement; telephone conference with Mr. Zhang of Maersk Shanghai re _____; review correspondence responding to same; continue preparing draft of mediation statement. | 9.80 | 1,813.00 |
| 10/23/05 | JAD | Continue preparing initial draft of mediation brief. | 1.40 | 259.00 |
| 10/24/05 | GWK | Review and revise mediation brief; formulate strategy re mediation and discovery; review correspondence from W. De Voe, Esq. re _____. | 2.20 | 550.00 |
| 10/25/05 | JAD | Continue revising mediation brief; telephone conference with W. De Voe, Esq. re _____; incorporate same into mediation brief; draft exhibit list; transmit revised brief to Mr. De Voe for further review and comment. | 8.10 | 1,498.50 |
| 10/26/05 | GWK | Review and revise mediation brief. | 1.00 | 250.00 |
| 10/26/05 | JAD | Leave message with C. Farias, Esq. re deposition availability of Mr. Hartmann; continue revising mediation brief; telephone conference with W. De Voe, Esq. re _____; continue revising mediation brief and finalize same. | 7.80 | 1,443.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/2006 | GWK | Review deposition transcripts; draft, review and revise motion for summary judgment. | 5.4 | 1,350.00 |
| 1/13/2006 | GWK | Draft, review and revise Motion for Summary Judgment and Separate and Concise Statement of Facts. | 5.6 | 1,400.00 |
| 1/15/2006 | GWK | Draft, review and revise Motion for Summary Judgment and Separate and Concise Statement of Facts. | 3.7 | 925 |
| 1/16/2006 | GWK | Draft, revise and revise Motion for Summary Judgment, Separate and Concise Statement of Facts, Declaration of P. Lake; draft email to Ms. Lake. | 7.4 | 1,850.00 |
| 1/17/2006 | EMK | Conference with Mr. Kugle re filing of the Motion for Summary Judgment and Separate Concise Statement of Facts; check deposition exhibit copies of the 4 key bills of lading for completeness; locate copies in client files where margins are not cut off; prepare fax to Ms. P. Lake _____; pull together all citations to the depositions of Hartmann, Forrest and Matsumura; highlight relevant parts to transcripts; draft Mr. Kugle's declaration re bills of lading exhibits; prepare pleadings for filing with court. | 6.3 | 598.5 |
| 1/17/2006 | GWK | Draft, review and revise Motion for Summary Judgment; telephone conference with Mr. P. Lake; revise declarations; review correspondence from C. Farias, Esq. re Bank of Hawaii documents. | 2.7 | 675 |
| 1/18/2006 | EMK | Re-file documents and discovery used in preparation of summary judgment motion and concise statement of facts. | 0.7 | 66.5 |
| 2/1/2006 | GWK | Review request for extension to file Memorandum in Opposition; respond to same. | 0.1 | 26 |
| 2/2/2006 | JAD | Respond to request by C. Farias, Esq. re request for extension of time. | 0.2 | 37 |
| 2/3/2006 | JAD | Review and sign Stipulation to extend time to file Memorandum in Opposition and reply by three days. | 0.2 | 37 |
| 2/7/2006 | JAD | Left message with C. Farias re status of Stipulation; prepare cases cited in pleadings in contemplation of hearing on summary judgment motion; review Hartmann's memorandum in opposition. | 3 | 555 |
| 2/8/2006 | JAD | Strategize re Reply to Hartmann Metals Corporation's Memorandum in Opposition to Summary Judgment; review citations to record contained therein. | 1.7 | 314.5 |
| 2/9/2006 | JAD | Continue strategizing re Reply to Hartmann Metals Corporation's Memorandum in Opposition; begin preparing initial draft re same; telephone conference re Hartmann Metal Corporation's failure to file concise statement; e mail GWK re same. | 2.6 | 481 |
| 2/10/2006 | JAD | Begin preparing initial draft of Reply to Hartmann Metals Corporation's Memorandum in Opposition. | 2.3 | 425.5 |
| 2/12/2006 | GWK | Review HMC's Memorandum in Opposition to Motion for Summary Judgment; review HMC's Separate and Concise Statement of Facts and Declaration of H. Hartmann; formulate strategy re replying to same. | 1.2 | 312 |
| 2/12/2006 | JAD | Prepare initial draft of Reply to Hartmann Metal Corporation's memorandum in opposition. | 6.9 | 1,276.50 |
| 2/13/2006 | GWK | Review and revise Reply Memorandum In Support of Motion for Summary Judgment; formulate strategy re same. | 3.8 | 988 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/13/2006 | JAD | Continue preparing initial draft of reply to Hartmann's memorandum in opposition. | 3 | 555 |
| 2/14/2006 | GWK | Draft, review and revise Reply Memorandum in Support of Motion for Summary Judgment; review legal research re standard to oppose summary judgment. | 3.1 | 806 |
| 2/14/2006 | JAD | Finalize reply to Hartmann's memorandum in opposition and file same. | 3.8 | 703 |
| 2/20/2006 | GWK | Review Motion for Summary Judgment, Memorandum in Opposition, Reply Memorandum; conduct legal research re liability, attorneys fees and interest; formulate strategy re hearing on motion for summary judgment. | 3.1 | 806 |
| 4/18/2006 | TKFL | Review summary judgment motion (NO CHARGE). | 0 | 0 |
| 9/11/2006 | EMK | Work on application for fees and costs; review legal bills and redact privileged information. | 2.5 | 237.5 |
| 9/12/2006 | EMK | Check redacted copy of attorney bills for review and possible attachment for application for fees | 0.2 | 19 |
| 9/14/2006 | GWK | Formulate strategy re Motion for Award of Attorneys Fees. | 0.2 | 52 |
| 9/15/2006 | TKFL | Start drafting Motion for Attorneys' Fees, Costs and Prejudgment Interest; conduct legal research regarding same | 6.00 | 780.00 |
| 9/16/2006 | TKFL | Continue to draft Motion for Attorneys' Fees, conduct legal research regarding same. | 3.00 | 390.00 |
| 9/18/2006 | TKFL | Revise and edit Motion for Attorneys' Fees, Costs and Prejudgment interest; calculate and summarize attorneys' fees and costs for Motion. | 3.30 | 429.00 |
| 9/18/2006 | GWK | Review and revise Motion for Award of Attorneys' Fees and Pre-Judgment Interest; review Local Rules re motion for award of attorneys' fees; draft email to C. Farias, Esq. re meet and confer on attorneys' fees. | 0.9 | 234 |
| 9/19/2006 | TKFL | Revise and edit Motion for Attorneys' Fees, Costs and Prejudgment Interest; calculate and summarize attorneys' fees and costs for Motion; calculate prejudgment interest amount. | 4.8 | 624 |
| 9/22/2006 | EMK | Redact most recent pre-bill for attachment to application for fees and costs; move inactive cases to Litigation Storage. | 0.3 | 28.5 |
| 9/28/2006 | GWK | Telephone conference with C. Farias, Esq. re Maersk's counteroffer; draft update to Mr. M. Atkins and W De Voe, Esq.; review and revise Motion for Award of Attorneys' Fees. | 1 | 260 |
| 9/29/2006 | TKFL | Revise and edit Motion for Attorneys' Fees and Prejudgment Interest; prepare Motion for filing. | 2.5 | 325 |
| 10/19/2006 | TKFL | Start drafting Reply Memorandum in Support of Motion for Attorneys Fees, Costs, and Prejudgment Interest; conduct legal research regarding _____. | 0.8 | 104.00 |
| 10/20/2006 | GWK | Draft, review and revise Reply Memorandum in Support of Motion for Attorneys Fees; telephone conference with C. Farias, Esq. re same. | 0.7 | 182 |
| 10/20/2006 | TKFL | Revise and edit Reply Memorandum in Support of Motion for Attorneys' Fees, Costs, and Prejudgment Interest | 0.4 | 52 |
| 10/27/2006 | GWK | Telephone conference with Judge Kurren's chambers re status conference; telephone conference with Judge Kurren and C. Farias, Esq. re Motion for Attorneys Fees; formulate strateg re supplmentation of motion. | 0.5 | 130 |
| 10/27/2006 | TKFL | Telephone conference with Greg W. Kugle, Esq. regarding amending Motion for Attorneys Fees, Costs and Prejudgment Interest; telephone conference with Judge Barry Kurren's chambers regarding same; review Motion for Attorneys Fees, Costs, and Prejudgment Interest. | 0.7 | 91 |

| | | | | |
|---|---|---|---|---|
| 10/29/2006 | TKFL | Review and reorganize attorneys fees for Amended Motion for Attorneys Fees, Costs and Prejudgment Interest. | 0.3 | 39 |
| 11/1/2006 | TKFL | Reorganize bills and revise Motion for Attorneys' Fees, Costs and Prejudgment Interest | 5 | 650 |
| | | **TOTAL** | **224.20** | **35503.50** |

**ATTENDING COURT HEARINGS**

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/31/05 | GWK | Prepare for and attend Rule 16 Scheduling Conference with Magistrate Kurren; conference with C. Faria, Esq.; draft update to W. De Voe, Esq. | 1.10 | 253.00 |
| 06/03/05 | GWK | Telephone conference with W. De Voe, Esq. re _____; prepare for and attend status conference before Judge Kurren. | 1.20 | 300.00 |
| 06/03/05 | JAD | Telephone conference with W. De Voe, Esq. re _____; attend scheduling conference with Magistrate Kurren; review Maersk documents re Mr. Hartmann's consent to additional demurrage charges. | 1.50 | 277.50 |
| 08/18/05 | GWK | Prepare for and attend status conference before Judge Kurren; conference with C. Farias, Esq. re mediation. | 1.20 | 300.00 |
| 11/02/05 | GWK | Conference with Ms. R. Austin and W. De Voe, Esq.; prepare for and attend mediation with Judge P. Yim; develop discovery schedule; review email from District Court re settlement conference; respond to same; telephone call to C. Farias, Esq. | 5.30 | 1,325.00 |
| 11/02/05 | JAD | Telephone conference with Carlos Sullivan; leave message for Ms. A. Tarochione (Maersk Houston); attend mediation session with Ms. R. Austin, W. De Voe, Esq., and GWK; telephone conference with Carlos Sullivan. | 3.60 | 666.00 |
| 11/28/05 | GWK | Review e-mails from W. De Voe, Esq. and Ms. R. Austin; draft correspondence to C. Farias, Esq. re settlement; prepare for and attend settlement conference. | 1.80 | 450.00 |
| 2/21/2006 | GWK | Prepare for and attend Motion for Summary Judgment. | 2.8 | 728 |
| 3/16/2006 | GWK | Telephone conference with W. De Voe, Esq. re _____; prepare for and attend status conference with Judge Kurren. | 0.9 | 234 |
| 8/16/2006 | GWK | Prepare for and attend status conference re proposed Stipulated Judgment; communicate with Maersk re same; telephone conference with C. Farias, Esq. re same. | 1.6 | 416 |
| | | **TOTAL** | **21.00** | **4949.50** |

| TRIAL PREPARATION | | | | |
|---|---|---|---|---|
| Date | Atty | Description | Hours | Amount |
| 7/11/2006 | GWK | Draft, review and revise Pretrial Statement; formulate strategy re witnesses and exhibits; review files re same. | 3.3 | 858 |
| 7/18/2006 | GWK | Review Pretrial Statement and Rule 16 Scheduling Order; prepare for and attend Pretrial Conference with Judge Kurren; draft status update to Maersk. | 2.4 | 624 |
| 7/24/2006 | GWK | Review Defendant's Pretrial Statement; telephone conference with C. Farias, Esq. re stipulated judgment; prepare for and attend conference (by telephone) with Magistrate Kurren re same; communicate with chambers re scheduling of final pretrial conference. | 1.3 | 338 |
| | | TOTAL | 7 | 1820 |