IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAERSK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HARTMANN METALS CORPORATION, <br><br> Defendant. | CIVIL NO. 04-00652 HG-BMK <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of *Defendant Hartmann Metals Corporation's Objections To Special Master's Report Recommending That Plaintiff's Motion For Attorney's Fees, Costs, And Prejudgment Interest Be Granted In Part And Denied In Part* was duly served upon the following party on this date via electronic notification as indicated and addressed as set forth below:

> GREGORY W. KUGLE
> gwk@hawaiilawyer.com
> Damon Key Leong Kupchak Hastert
> 1001 Bishop Street, Suite 1600
> Honolulu, Hawaii 96813
>   Attorney for Plaintiff
>   MAERSK, INC.

DATED: Honolulu, Hawaii, February 20, 2007.

> /s/ Alexis M. McGinness
> TED N. PETTIT
> ALEXIS M. MCGINNESS
> Co-Counsel for Defendant
> HARTMANN METALS CORPORATION

1

9999/466/653709.1