UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF** |
| vs. | ) | **GREGORY W. KUGLE** |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION OF GREGORY W. KUGLE

I, GREGORY W. KUGLE, hereby declare as follows:

1. I am a lawyer licensed to practice law in all the Courts of the State of Hawai`i, a director of the law firm of Damon Key Leong Kupchak Hastert, and one of the attorneys representing Plaintiff Maersk Inc. ("Maersk"), in the above-captioned matter.

2. I make this Declaration upon personal knowledge, unless otherwise indicated, and am competent to testify to the matters stated herein.

3. Attached as Exhibit "A" is a true and correct copy of the Special Master's Report Recommending that Plaintiff's Motion for Attorneys' Fees, Costs and Prejudgment Interest be Granted in Part and Denied in Part, filed January 29, 2007.

196580.01

4.	Attached as Exhibit "B" is a true and correct copy of Maersk's time entries which was attached as Exhibit "6" to Plaintiff's Supplemental Memorandum in Support of its Motion for Attorneys' Fees, Costs and Prejudgment Interest.

5.	Plaintiff has incurred approximately $10,000 since filing its Supplemental Memorandum in Support of its Motion for Attorneys' Fees, Costs and Prejudgment Interest. Such amount includes post-judgment collection efforts.

I declare under the penalty of perjury of the laws of the State of Hawai`i that the foregoing is true and correct.

Executed this February 26, 2007, at Honolulu, Hawai`i.

_____
GREORY W. KUGLE