UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a true and correct copy of Plaintiff Maersk Inc.'s Memorandum in Opposition to Defendant Hartmann Metals Corporation's Objections to Special Master's Report Recommending That Plaintiff's Motion for Attorneys' Fees, Costs and Prejudgment Interest Be Granted in Part and Denied in Part; Exhibits "A" & "B"; Declaration of Gregory W. Kugle; Exhibits "A" & "B was duly served upon the following individuals to their last known address as follows:

      CYNTHIA A. FARIAS, ESQ.    (Via U.S. First Class Mail)
      810 Richards Street, Room 810
      Honolulu, Hawai`i  96813

TED PETTIT, ESQ.                              (Via Electronic)
ALEXIS M. MCGINNESS, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, Hawai`i 96813

Attorneys for Defendant
  HARTMANN METALS CORPORATION

DATED:  Honolulu, Hawai`i, February 26, 2007.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE
TRICIA K. FUJIKAWA LEE

Attorneys for Plaintiff
  MAERSK INC.