ORIGINAL

Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE        6502-0
gwk@hawaiilawyer.com
TRICIA K. FUJIKAWA LEE   8484-0
tkfl@hawaiilawyer.com
1001 Bishop Street
1600 Pauahi Tower
Honolulu, Hawai`i 96813
Telephone:  (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Plaintiff
  MAERSK INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 9 2007

at __2__ o'clock and _25_ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| MAERSK INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>HARTMANN METALS<br>CORPORATION,<br><br>      Defendant,<br><br>and<br><br>BANK OF HAWAII,<br><br>      Garnishee. | ) CIVIL NO. CV 04-00652 (HG-BMK)<br>) (In Admiralty)<br>)<br>) **RELEASE OF GARNISHEE BANK**<br>) **OF HAWAII**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

69

## RELEASE OF GARNISHEE BANK OF HAWAII

Plaintiff MAERSK INC. ("Plaintiff"), by and through its attorneys,

Damon Key Leong Kupchak Hastert, acknowledges payment of $1,011.90 from

Garnishee BANK OF HAWAII ("Garnishee") and hereby releases Garnishee from

the Garnishee Summons issued on November 24, 2006.

DATED:  Honolulu, Hawaii, March 9, 2007.

DAMON KEY LEONG KUPCHAK HASTERT


GREGORY W. KUGLE
TRICIA K. FUJIKAWA LEE

Attorneys for Plaintiff
  MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BANK OF HAWAII, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date a true and correct copy of the

RELEASE OF GARNISHEE BANK OF HAWAII, was duly served upon the

following individuals by mailing said copy, postage prepaid, to their last known

address as follows:

CYNTHIA A. FARIAS, ESQ.
810 Richards Street, Room 810
Honolulu, Hawaii 96813

and

TED PETTIT, ESQ.
ALEXIS M. MCGINNESS, ESQ.
Case Lombardi & Pettit
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Attorneys for Defendant
 HARTMANN METALS CORPORATION


BANK OF HAWAII)
Legal & Custody Department
111 South King Street, Suite 1610
Honolulu, Hawaii 96813
Garnishee


DATED:  Honolulu, Hawaii, March 9, 2007.

                DAMON KEY LEONG KUPCHAK HASTERT


                _____
                GREGORY W. KUGLE
                TRICIA K. FUJIKAWA LEE

                Attorneys for Plaintiff
                 MAERSK INC.