Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE          6502-0
gwk@hawaiilawyer.com
TRICIA K. FUJIKAWA LEE    8484-0
tkfl@hawaiilawyer.com
1600 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
http://www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Plaintiff
  MAERSK INC.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **SATISFACTION OF JUDGMENT** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### SATISFACTION OF JUDGMENT

Plaintiff MAERSK INC., by and through its attorneys, Damon Key Leong Kupchak Hastert, having received good and valuable consideration in the

principal amount of ONE HUNDRED AND FIVE THOUSAND AND 00/100 U.S. DOLLARS ($105,000.00), hereby acknowledges the full and final satisfaction of the Stipulation for Judgment and Order against Defendant Hartmann Metals Corporation, entered September 12, 2006.

DATED: Honolulu, Hawaii, _____AUG 0 7 2007_____.

                        DAMON KEY LEONG KUPCHAK HASTERT

                        _____
                        GREGORY W. KUGLE
                        TRICIA K. FUJIKAWA LEE

                        Attorneys for Plaintiff
                         MAERSK INC.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAERSK INC., | ) | CIVIL NO. CV 04-00652 (HG/BMK) |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| HARTMANN METALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date a true and correct copy of the foregoing document was duly served upon the following individual via hand delivery, to their last known address as follows:

    CYNTHIA A. FARIAS, ESQ.
    810 Richards Street, Room 810
    Honolulu, Hawaii  96813

    TED PETTIT, ESQ.
    Case Lombardi & Pettit
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 2600
    Honolulu, Hawaii  96813

    Attorneys for Defendant
     HARTMANN METALS CORPORATION

DATED: Honolulu, Hawaii, _____AUG 0 7 2007_____.

DAMON KEY LEONG KUPCHAK HASTERT

_____
GREGORY W. KUGLE
TRICIA K. FUJIKAWA LEE

Attorneys for Plaintiff
 MAERSK INC.

Maersk Inc. v. Hartmann Metals Corporation, Civil No. CV 04-00652 (HG/BMK), United States District Court, District of Hawaii, CERTIFICATE OF SERVICE

200493

-2-